UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) 22-CR-155-01 |
| RONALD BAUER,<br>    Defendant. | ) |

**ORDER ON MOTION TO APPEAR *PRO HAC VICE***

The motion of Aaron M. Katz for permission to appear *pro hac vice* on behalf of Ronald Bauer is granted.

SO ORDERED.

DATED:  April 15, 2024
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

1