

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 30, 2024

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Bauer*, 22 Cr. 155 (PAE)

Dear Judge Engelmayer:

    The parties respectfully write to jointly request a 30-day extension of the discovery deadline, which is currently scheduled for May 31, 2024, to give the parties additional time to discuss a potential disposition of this matter and to allow defense counsel time to review the discovery that has already been produced.

                Respectfully Submitted,

                DAMIAN WILLIAMS
                United States Attorney

          by: /s/
                Matthew R. Shahabian
                Noah Solowiejczyk
                Assistant United States Attorneys
                (212) 637-1046/-2473

CC:    Aaron Katz, Esq. (by ECF)

        **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 25.

                      5/30/2024

            SO ORDERED.

                    PAUL A. ENGELMAYER
                    United States District Judge