UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | ) <br> ) <br> ) |
| v. | ) 1:22-cr-00155-PAE <br> ) |
| RONALD BAUER, | ) <br> ) |
| Defendant. | ) <br> ) |

**UNOPPOSED MOTION FOR PERMISSION TO ATTEND CONFERENCE REMOTELY**

By and through undersigned counsel, defendant Ronald Bauer respectfully requests the Court's permission to attend the September 6, 2024 status conference via remote means (*e.g.*, by telephone). Undersigned counsel will appear in person. The government does not oppose the motion. As good cause for the request, undersigned counsel states as follows:

1. Mr. Bauer resides in London. Attending the September 6, 2024 conference in person would require him to travel to New York from London.

2. Because of the charges against him, Mr. Bauer is seeking to conserve financial resources to the greatest extent possible, including avoiding case-related travel whenever possible.

3. Mr. Bauer is still recovering from a recent 360-degree lumbar fusion procedure. A long plane flight would cause substantial physical discomfort.

4. Mr. Bauer's wife is also dealing with a medical condition that requires Mr. Bauer's daily assistance, including with the care of their children.

5. Neither Mr. Bauer nor the government will be prejudiced by Mr. Bauer not attending the status conference in person.

Respectfully submitted,

/s/ Aaron M. Katz
**Aaron M. Katz (*pro hac vice*)**
Aaron Katz Law LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

September 5, 2024

### CERTIFICATE OF SERVICE AND CONFERENCE

A copy of the foregoing has been sent to counsel for the United States via the CM/ECF system. I conferred with government counsel regarding this motion, and counsel indicated that the government does not oppose the motion.

**GRANTED.** The Court's deputy will supply defense counsel with dial-in information for his client.

9/5/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge