UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RONALD BAUER,

                Defendant.

22-CR-155-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- The next conference in this case is scheduled for **October 8, 2024** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **January 13, 2025**.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: September 6, 2024
       New York, New York