UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RONALD BAUER,

Defendant.

22-CR-155-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At the conference held September 6, 2024, defense counsel asked the Court to briefly adjourn the trial in this case, currently scheduled to begin on January 13, 2025, to enable counsel to better prepare given, *inter alia*, the complexities of the case and the need to review substantial discovery. The Government consented to this request. Finding the defense request reasonable, the Court hereby reschedules the trial so as to commence on **February 24, 2025**. For the reasons reviewed at the conference, and with counsels' consent, the Court excludes time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until February 24, 2025.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: September 10, 2024
       New York, New York