UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :   22-CR-155-01 (PAE)
                                                                        :
RONALD BAUER,                                                           :   SCHEDULING ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at the conference held on October 11, 2024, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **November 4, 2024** at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

- Any motions to dismiss or motions to suppress shall be filed by **November 8, 2024**.

- Opposition to any motions to dismiss or motions to suppress shall be filed by **November 22, 2024**.

- Any reply to oppositions shall be filed by **December 6, 2024**.

- Expert disclosures are due by **January 3, 2025**.

- Rebuttal disclosures are due by **January 17, 2025**.

- The Government's 404(b) disclosure shall be made by **January 24, 2025**.

- Any motions *in limine* shall be filed by **January 31, 2025**.

- Propose *voir dire* shall be due by **January 31, 2025**.

- Requests to charge are due by **February 7, 2025**.

SO ORDERED.

Dated: October 15, 2024
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge