```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                -v-                                     :    22-CR-155-01 (PAE)
                                                        :
RONALD BAUER,                                           :    SCHEDULING ORDER
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

The Court has been advised that the defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **November 4, 2024** at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

In accordance with Section 5(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the defendant — if necessary, with the assistance of an interpreter — any *Pimentel* letter or plea agreement. Additionally, the defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the defendant is pleading guilty.  In the interest of clarity and efficiency, the Court encourages counsel to assist the defendant in writing an allocution that can be read in open court during the plea proceeding.

Finally, the Court notes that the parties should be prepared to address the question of remand pursuant to 18 U.S.C. §§ 3142(a)(2) and 18 U.S.C. § 3145(c) in light of the decision in *United States v. Chavez*, — F. Supp. 3d —, No. 22-CR-303 (JMF), 2024 WL 50233 (S.D.N.Y. Jan. 4, 2024).  If the Government intends to move for remand upon entry of a guilty plea *and*

believes that there is a basis to distinguish this case from *Chavez*, it shall so advise defense counsel and the Court **at least 24 hours before the proceeding**.

SO ORDERED.

Dated: October 30, 2024
      New York, New York

                                      PAUL A. ENGELMAYER
                                      United States District Judge