UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD BAUER<br><br>     Defendant. | No. 1:22-cr-00155-PAE |

### [PROPOSED] ORDER ON MOTION TO SEAL

Defendant Ronald Bauer's motion to seal is granted. Defense counsel shall file a new redacted version of the sentencing memorandum, as well as redacted versions of the Declaration of Hugh Hurwitz and Declaration of Rachel Winkler, on the public docket. The balance of Mr. Bauer's sentencing submission, which has been provided to government counsel and the Court, shall be placed permanently under seal.

SO ORDERED THIS DAY OF MAY 12, 2025.

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
U.S. District Judge