

# WSR TECHINSIDER
### A division of the Wall Street Report

**More Profitable than Angry Birds, Candy Crush, and Minecraft — COMBINED!**
This "soon-to-be-known" mobile gaming innovator

**SPWZ**

is merging **2 Blockbuster Industries** and may forever change the Video Gaming landscape!

**Investors Who Act Fast Could Walk Away With QUICK 2,043% Gains!**

---

Dear Fellow Investor,



Don't be *angry as a bird* if you've yet to cash-in on the booming mobile gaming sector.

Your change in fortune is just around the corner!

First of all, I have to admit...

*I don't play video games… I really just do not have the time nor interest.*

What I am interested in... is finding undiscovered stocks that can make my loyal followers extraordinary wealth.

That's how I spend my time... I've had wonderful success at it *(as you can see by my track record below)* ...and now, here's the **BREAKING NEWS** that could net you a serious fortune:

**I've found an innovative mobile game developer that's single-handedly bridging the gap between the virtual world and the "3D" tangible world —** *and things may never be the same in the gaming space!*

The company is **Steampunk Wizards** and its shares trade under the symbol **SPWZ.**



Mobile Gaming and 3D-Printing industries —
**MERGED!**
**How to Profit NOW!**

**Trading Symbol:** SPWZ

**Rating:** Strong Buy

**Buy Recommendation:** Up to $1.50

**Initial Target:** $3.50

**Long Term Target:** $13.50

**Next Step:** Buy NOW!

FOIA CONFIDENTIAL TREATMENT REQUESTED

STUDIO K-00001670

# NOV. 2, 2015: BREAKING PROFIT-ALERT!

## Activision's $5.9 BILLION Acquisition of King sends Shockwaves through the Mobile Gaming Sector



**Imagine...** *you create a popular game and go public in 2014.* Then, the very next year you're Bought-Out by an industry behemoth for **$5.9 BILLION!** That exactly what just happened for King Digital Entertainment!

# $5,900,000,000!

*This is the blockbuster deal we've been anticipating... our projections on Steampunk Wizards SPWZ just got EVEN HOTTER!*

Sweet as candy...

Activision Blizzard (ATVI: NASDAQ) — of *Call of Duty* and *World of Warcraft* fame—just announced an agreement to acquire King Digital Entertainment (KING: NYSE) — maker of *Candy Crush Saga* — for an eye-popping $5.9 BILLION![1]

## "Now is the right time to enter mobile gaming"
### —Bobby Kotick, CEO, Activision Blizzard

As you'll see later in this *Special Situations Bulletin*, buyout activity across the mobile gaming sector is set to break all previous records — and **Steampunk Wizards**... my Top Industry Pick...is rapidly elevating its profile as a potential takeover target to the Big-Guns like Activision and Electronic Arts (EA).

### *Get off the sidelines and into the GAME:*
This is likely your very last opportunity to climb aboard the **Steampunk Wizards SPWZ** freight train at optimum price levels below $1.50!

---

## Don't Let The Funny Name Fool You:
## STEAMPUNK WIZARDS
## IS AN ABSOLUTE GAME CHANGER!

**SPWZ** is a rare opportunity to load up on an undiscovered stock BEFORE the buying-mania! Typically, a company makes a major announcement, the share price goes ballistic, and you're left pondering whether to chase what's likely an overvalued, over-hyped stock situation.

Right now, while only a handful of fortunate investors are paying attention, **Steampunk Wizards SPWZ** is merging the $30B mobile gaming market with the $1.6B 3D-printing industry AND just released early details of its next two game franchises. Together, this could dwarf the hundreds of $Millions generated by popular games such as Angry Birds, Candy Crush Saga, and Minecraft.

This time around, YOU have the inside track on the seed-level shares below $1.50. Then, as the herd chases the buying-frenzy, you'll be deciding what to do with your profits!

And what they're doing is nothing short of amazing...

They're combining the excitement of 3D printing with the $30 Billion mobile gaming arena — *for the first time ever![2]*

So it's easy to see why the profit potential of this **one stock** is so astronomical...

The excitement is brewing... and best of all — YOU are getting my exclusive research for free!

Not surprisingly, Wall Street is once again asleep at the wheel on this one — giving us (and by us... I mean you and me!) an opportunity to load up on **SPWZ** while things are still cheap and quiet below a **buck a share.**

Buy before the news takes the gaming sector by storm. **SPWZ** is an absolute steal up to $1.50/share!

FOIA CONFIDENTIAL TREATMENT REQUESTED

# 2 Blockbuster Industries — FINALLY MERGED — putting YOU in the Prime-Profit Position!



**Peter Lynch of Fidelity's
Magellan Fund fame**

For those of you new to my letter, here's the skinny on me and my longtime proven system of consistently delivering stock winners to my audience members.

In a nutshell, I subscribe to the **Peter Lynch** model of investing... it's the basic premise of simply *keeping your eyes wide open for high-potential wealth building opportunities.*

For those of you who don't know, Peter Lynch is the renowned investment mogul who amassed his multi-$Billion fortune managing Fidelity's Magellan fund from 1977 to 1990 — averaging a mind-blowing 29.2% return under his stewardship and ballooning from a mere $18 million in assets to over $14 BILLION!³

Lynch is legendary for discovering many of his best investment ideas while out with his family doing normal things like walking around the mall, shopping, talking, eating... you name it!

As a particularly famous story goes, one day his beloved wife Carolyn *(who sadly passed away this year following a long battle with leukemia)* excitedly told him about how much she liked L'eggs pantyhose.

Lynch — *being the ultimate opportunist* — immediately looked into the company (Hanes)... liked what he saw...and shortly thereafter, he and his investors were sitting on a **30X winner!**⁴

## It's a proven, common sense approach to investing — and it's just as applicable today.

It's all about investing with your eyes wide open...

The biggest winners are often right beneath our noses — we simply have to learn how to spot them! I've successfully deployed this practical, yet proven model throughout my distinguished career to find hidden stock gems... all to the benefit of my loyal subscribers.

Take, for instance, Monster energy drink.

Think of how many times you've observed someone downing a can of Monster — or noticed the unmistakable green "M" claw mark in advertisements. Myself, I don't partake in energy drinks... but Monster is literally *everywhere* and has been for quite some time!

Using the Peter Lynch model, let's take a peek at Monster's chart (MNST: NASDAQ) over the last few years:



Starbucks (SBUX: NASDAQ) is likely the next stock to jump to mind...

Again, *investing with your eyes*, you would have bought this stock long BEFORE there was a location on seemingly every street corner. Today, the Starbucks chart looks like this:



And that brings us directly to **Steampunk Wizards SPWZ**. In a minute, I'll show you how to successfully deploy the Peter Lynch model for this emerging profit-stock that could easily turn an initial investment of $5K into $107,143 or more in the short-term.

## *URGENT:* BUY SPWZ UP TO $1.50 PER SHARE...NOW!

*But first a little history…*

# Don't Fight the Trend...
# JUST PROFIT FROM IT!

*"I'm calling you from a cell phone, a real hand-held portable cell phone."*
—Motorola's Martin Cooper to Bell labs rival, Joel Engel on April 3, 1973



Mobile phones have come a long, long way since Motorola created the first commercial cell phone in 1973⁵ — **an awkwardly cumbersome device measuring 9 inches, weighing in at over 2.5 pounds, and costing nearly $4,000!**

Fast forward to today and you rarely see a person without a mobile phone in hand — and the demographics are almost as varied as the things people do with them!

From mere toddlers to senior citizens — virtually everyone seems to have one of these all-knowing contraptions in their hands at all times these days.

I think I notice it most at restaurants — taking a gander across the tables and just marveling *(in both awe and annoyance)* at all the cell phone activity. Call me old fashioned… but I much prefer the days when families actually used to talk to one another.

FOIA CONFIDENTIAL TREATMENT REQUESTED                    STUDIO K-00001673




**Look familiar? It's okay because the Lynch model teaches us:**
**Don't fight the trend... just PROFIT from it!**

## Chances are... they're playing a video game!

*This trend is our friend...*

Cell phone ownership among American adults age 18 and older reached 90% in 2014 — up from 53% in 2000, according to data from the Pew Research Center and Gigaom.[6]

This number is expected to surpass 100% worldwide this year as the number of mobile devices surpasses the total global population.[6]

I call this both scary <u>AND</u> an excellent investment opportunity for smart investors!



Nielsen — a leading global marketing research firm — reports that video game apps are the most popular in terms of use with 64% of mobile device owners using *(or dare I say, "addicted to")* these programs.[7]




[ click to enlarge ]

### During my in-depth research of mobile gaming demographics, I was stupefied, as you may be also, to learn:

- Adults are more avid gamers than teens and young adults[6]

- 36% of adults age 65+ play games every day – higher than any other age group[6]

- Nearly half of all adults age 50+ play games and 40% of these gamers use their mobile phones to do so[6]

- Women represent 52% of the gaming audience[8]

So, essentially... <u>**EVERYONE**</u> is playing video games — even those we thought were not!

With global video game sales projected to surpass **$100 Billion this year,**[9] the Peter Lynch model tells us this: The video game sector is where the **Smart-Money** will be flowing this year... and next year... and the year after that!

STUDIO K-00001674

# The Greatest Wealth Generating Scenario in a Century!

Naturally, living in the digital age has numerous perks — photos, music, games, news, sports, navigation and literally thousands of apps — all in the palm of our hand...

*...it's a wonder how we ever got by without all this stuff!*

Yet, the smartphone/tablet revolution is far more than just convenience...

It's the biggest wealth generating scenario to reach Wall Street in more than 100 years — and it's wide open for us to exploit from an individual investor standpoint.

The tech arena has created more **BILLIONAIRES** in the last 15 years than almost any other time in history...

Nevertheless, when smartphones really began taking off in the mid-2000s — very few experts could have predicted that we'd quickly evolve to a near *virtual world* with almost ONE BILLION mobile gaming enthusiasts...[10] and growing!

This is the type of unstoppable uptrend Peter Lynch would have undoubtedly pounced on for his investors — and now I'm about to do the same for YOU with a well-timed investment opportunity in **Steampunk Wizards SPWZ.**



Mobile Gaming and
3D-Printing industries —
**MERGED!**
**How to Profit NOW!**

**Trading Symbol: SPWZ**
**Rating: Strong Buy**
**Buy Recommendation:
Up to $1.50**
**Initial Target: $3.50**
**Long Term Target: $13.50**
**Next Step: Buy NOW!**

# The phenomenon of Angry Birds



ROVIO

The sensation of Angry Birds is a story worth repeating...

In fact, it's one of the primary reasons I began researching mobile gaming stocks — and it led me directly to my #1 pick: **Steampunk Wizards SPWZ.**

Even if you're not among the 960 million people who admit to playing games on their smartphone or tablet, you've no doubt heard of Angry Birds... *unless, of course, you've been living under a giant boulder somewhere!*

These funny looking birds — *who are basically stuck on an island, can't really fly, and are constantly fending off hungry pigs trying to steal and presumably eat their precious eggs* — have racked up **hundreds of millions of dollars in revenues** for Rovio[11] (the Finnish company behind the game).

So, is it really *that easy* to make an absolute killing in the mobile gaming industry? A catchy title... funny characters... a highly addictive form of gameplay?

The short answer is — *YES!*

Rovio proved as much by going from near bankruptcy in 2009[12] to the Top-Perch of the gaming universe with just this one popular title.

And boy did it catch on...

As they say, timing is everything... and what was good for Rovio a few years back could be even more lucrative for **Steampunk Wizards SPWZ** today.

And by timing, I'm referring to Apple's release of the iPhone just two years prior to Rovio's Angry Birds launch.

This critical technology platform from one of the world's most successful companies, Apple, was immediately followed by the launch of the App Store — aka the "go-to place" for game developers.



**ROVIO IN NUMBERS[14]**
2.8B Downloads since 2009
170M Active Monthly Players
600M Downloads in 2014
1.6B YouTube Views
90+% Brand Awareness
27.5M Facebook Followers
4B Toons Video Views

## THE ANGRY BIRDS EFFECT[13]

**200,000,000** minutes of Angry Birds per day = **866,666,667** hours per year

If **5%** of those hours are Americans playing at work, that's **43,333,333** on-the-clock hours of Angry Birds per year

Multiplied by the hourly pay (**$35**) of America's smartphone owners:*

**$1,516,666,667** wages lost due to Angry Birds

**$1,200,000,000** rumored valuation of Rovio, Angry Birds creator

*Based on analysis of Pew smartphone adoption demographic data.*

This created an optimum channel for mobile game distribution »»» instead of having to negotiate individually with mobile manufacturers and carriers, game developers like Rovio (and **Steampunk Wizards**) can now reach an audience of hundreds of millions through a single company, Apple.[12]

*"The iPhone opened up the whole world. You had one contact, plus worldwide distribution."*[12]
—**Rovio's Niklas**

Of course, Apple is not the only game in town. You also have Google, Amazon, and others — all fiercely competing for games and user downloads.

Hence, it makes sense that these tech giants would make it as easy as humanly possible to lure game developers looking to repeat the same success as Angry Birds and other gaming juggernauts.

## URGENT: BUY SPWZ UP TO $1.50 PER SHARE...NOW!

# Standing Out in a Flock

Angry Birds officially hit Apple's App Store in December 2009 — and, as you may be surprised to learn, started off quite sluggishly.

The company needed to ruffle a few feathers *(in a good way!)* to really take flight.



Rovio's big break came on February 11, 2010 when Apple finally agreed to feature Angry Birds on the front page of the UK App Store as the *game of the week*.

And boom... Angry Birds slingshot from around 600th in the App Store to the top spot in essentially overnight fashion![12]

Rovio had their hit!

FOIA CONFIDENTIAL TREATMENT REQUESTED

STUDIO K-00001676

And now **Steampunk Wizards SPWZ** — following that precise business model — is poised to do the same for early investors!

Within a couple of months of reaching #1 in the UK, Angry Birds blasted to #1 in the United States.

> *"The sales hit a different level. It was April when we went to number one in the US. It hasn't budged from the top-ten since." [12]*
> —Rovio's Niklas

With an initial budget of only around $100,000[12]

— Angry Birds quickly grew to 20 million-plus paid downloads for the iPhone and iPod Touch and 20 million-plus ad-supported downloads on Android[12] (aka Google Play) — **producing hundreds of $Millions in revenues for Rovio.**



In 2012 alone, the year following the game's rise to #1 in the U.S., Rovio reported revenues of just under **$200 MILLION! [11]** Yes, that's just for a single year and a single title!

It's a winning formula...

Yet, as a private company, only a relative few lucky participants are truly cashing in on the Angry Birds phenomenon.

On the other hand... **Steampunk Wizards SPWZ** is publicly traded and available to YOU — right now — at under a dollar a share. This is a tightly held company with a tiny market cap of around $16M[15] and just 10 employees.[16]

It's like being an insider... a true *seed-level* investor!

From me to you, this is a rare opportunity to invest in an unknown, yet emerging company that has already passed the litmus test of surviving the difficult startup stage and is now poised to climb the ladder of the major industry players and their multi-$Billion market caps.

As I'll show you in a second, PopCap Games went on an absolute tear from just 3 employees to a staff of around 400 and $100 Million-plus in revenues on the success of a single game franchise.[17]

I see a similar stratospheric result happening for **Steampunk Wizards SPWZ** — so DO NOT MISS this opportunity to get in *early* and *low!*

Even if **Steampunk Wizards** is only able to achieve half of what Rovio accomplished with Angry Birds *(which I believe is easily attainable)* early SPWZ investors could still be looking at a potential 1,329% windfall!

And the Angry Birds phenomenon continues to have wings...

If you haven't already heard, *The Angry Birds Movie* is set to storm theatres in May — creating yet another major revenue stream for Rovio. Keep in mind that all of this is happening a full 6 years after the game's initial launch!

Talk about staying power...

**I see this same scenario unfolding for Steampunk Wizard's next game release — and I'll tell you why next!**



# GAME TASTES SHIFT QUICKLY
## — creating tons of space for new titles from innovators like Steampunk Wizards SPWZ!

FOIA CONFIDENTIAL TREATMENT REQUESTED

STUDIO K-00001677



While people will still adore Mickey Mouse and Donald Duck generations from now — they probably won't still be playing Angry Birds, Candy Crush, and Minecraft!

The reason is...

Gaming trends change rather quickly — creating a wide-open scenario for emerging game developers like **Steampunk Wizards**.

The key, really, for any game developer is to create a game that gets everyone talking. Word of mouth advertising moves very fast in this space — and share prices can move even faster!

# Then and Now

Games of many types are all around us and have been a fabric of society for a very long time. The oldest human record of gaming dates back to 3500 BC in ancient Egypt with a board game known as Senet.

*Archaeologists recovered four sets of Senet from King Tut's tomb! So yes… even the boy king was a gamer!*

Turning to much more recent times, the idea of "video games" was flirted with for decades before really caching fire.

It was April of 1972 when the world would finally get to experience the birth of something that could actually rival the entertainment value of the television. Its name was the Magnavox Odyssey and its creator was Ralph Baer.

While working for Magnavox, Ralph created a "game box" called the Odyssey. It was officially released in August of 1972 — selling over 100,000 units by the end of the year.[18]

*The video game revolution had officially begun!*

While the world was unaware of the tidal wave that was about to hit — the swell was quickly approaching. On May 24, 1972, Nolan Bushnell, the eventual co-founder of Atari, attended a Magnavox product demonstration in Burlingame, California. While there, Nolan played the Odyssey, including its Ping-Pong game.

After the event, Nolan hired an engineer to start designing a coin-operated arcade game. By the end of the year, **PONG** was born and the world would never be the same!



*If you're around my age – this looks VERY familiar!*

STUDIO K-00001678



**Mobile Gaming and
3D-Printing industries —
MERGED!
How to Profit NOW!**

**Trading Symbol: SPWZ**

**Rating: Strong Buy**

**Buy Recommendation:
Up to $1.50**

**Initial Target: $3.50**

**Long Term Target: $13.50**

**Next Step: Buy NOW!**

# The Floodgates Open...

While it's certainly open for debate as to whether the advent of PONG started something beneficial or detrimental to mankind — what cannot be argued is the booming popularity of video games and the immense revenues they're capable of generating!

Back in 1996, the U.S. gaming industry generated sales revenue of about $2.6 Billion. By 2013, that figure had jumped nearly tenfold to **$21.53 Billion** in overall revenue![19]

In 2014, the top 25 public companies in the game industry produced **$54.1 Billion** in revenues, according to research-firm Newzoo.[20]

That's up 10.4% year over year[20] — and that growth comes from nearly all sectors that make up the gaming market.

Global video game sales for 2015 are projected to be **$111.1 Billion** — up from **$44 Billion** in 1996.[19]

## Here are just a few recent examples of gaming stocks that have enriched early shareholders:



# The gaming sector is where $Billions will continue to be made by astute investors

| | |
|---|---|
| **In my exhaustive research, I knew I had to find the stock to meet my** **4 KEY CRITERIA** | **1. Proven Game Developer** |
| | **2. Innovative Technology** |
| | **3. Robust Development Pipeline** |
| | **4. Advantageous Buy-Window** |

After exhaustive due diligence — with a focus on Rovio's brilliant success model — I uncovered that elusive company to meet my 4 Key Criteria: The company is **Steampunk Wizards SPWZ.**

**Let's take a look at each of these criteria separately:**



**Steampunk Wizards SPWZ** is quickly forging a presence in the Apple and Android mobile gaming markets with the 2015 release of the company's first major game franchise — **Bungee Mummy.**[21]

This release includes the games **Bungee Mummy: King's Escape** and **Bungee Mummy: Challenges.**

The Bungee Mummy franchise is similar to Angry Birds, Spiderman, and Cut the Rope in terms of gameplay.[22]

The theme is an ancient temple with unique worlds and backdrops that become available as players progress.



**Bungee Mummy: Challenges** is comprised of an assortment of casual games (mini-games) while **Bungee Mummy: King's Escape** is a much more involved, physics-based platform adventure game that maintains a user's progress through different levels.





The primary characters are King Phero and his bat guide Madu. The objective is to free the lovable Geemies in the land of Hagareem while avoiding scorpions, snakes, and other pitfalls.

From an investment standpoint, Steampunk's successful launch of this initial game franchise checks a number of important boxes.

Perhaps most important of them all is that it shows **Steampunk Wizards** has the capability to independently produce popular games and successfully distribute them on the world's leading gaming platforms.

These include the top two game distribution channels: The App Store (Apple iOS) and Google Play (for Android devices).

FOIA CONFIDENTIAL TREATMENT REQUESTED

STUDIO K-00001680



# A talented team of developers

To create the next Angry Birds — you undoubtedly have to have a ton of creative talent. And **Steampunk Wizards** has plenty of that. You can read all about this innovative *team of wizards* at the company's corporate website at www.SteampunkWizards.com.

This group is rapidly gaining industry attention!

In October, the company was signed by Steel Media[23] — putting Steampunk alongside leading mobile game development studies including Rovio *(Angry Birds)*, King *(Candy Crush Saga)*, Supercell *(Clash of Clans)*, and Ubisoft *(Assassin's Creed)*... to name just a few.

These are some of the world's top downloaded games of all-time — as you can see below:

**Top 10 Games by all-time worldwide downloads[24]**

| | |
|---|---|
| **1.** Candy Crush Saga | **6.** Clash of Clans |
| **2.** Fruit Ninja | **7.** Temple Run |
| **3.** Angry Birds | **8.** Angry Birds Rio |
| **4.** Subway Surfers | **9.** Temple Run 2 |
| **5.** Despicable Me | **10.** Words With Friends |

**Alex Rennie, director of sales and marketing for Steel Media, had this to say:**

*"Steel Media is excited to establish a strategic alliance and partnership with* **Steampunk Wizards.** *Since meeting with the management team and their talented group of developers, we have seen big potential in their games. We look forward to working together to bring them to a global stage. We believe that this could be a transformational period for* **Steampunk Wizards.**" [23]



Mobile Gaming and 3D-Printing industries — **MERGED! How to Profit NOW!**

**Trading Symbol: SPWZ**

**Rating: Strong Buy**

**Buy Recommendation: Up to $1.50**

**Initial Target: $3.50**

**Long Term Target: $13.50**

**Next Step: Buy NOW!**

This is the type of key industry endorsement I look for when recommending an emerging stock situation to my loyal followers.

Steel Media has a direct path to the gaming community which it utilizes to build momentum for select game releases like **SPWZ's** Bungee Mummy. The company communicates with **45 million avid gamers** every month.[23]

This could be the catalyst that propels Bungee Mummy to *game of the week* status in the Apple App Store — and we all remember what transpired for Rovio when that happened for Angry Birds »»» $Millions were quickly generated!

I have every confidence that **Steampunk Wizards** is poised to become one of those rare, under-the-radar stocks that moves up in value by 10X to 20X on escalating market attention — resulting in life-changing gains for well-timed investors!



**Steampunk Wizards** is a true pioneer in the gaming industry.

The company's Bungee Mummy franchise is the first-ever mobile gaming franchise to have in-game 3D-printable rewards embedded into the game.[2]

*"Today we got word from a company called* **Steampunk Wizards***, who has been using a similar type of server plugin and API technology that they developed in-house, to create a 3D model and printing rewards system for their just released game Bungee Mummy."*
—Brian Krassenstein, 3DPrint.com [21]

*Proven Profit-Point:* **Steampunk Wizards** is taking two blockbuster industries — the $30 Billion mobile gaming industry[25] and the $1.6 Billion 3D printing industry[26] — and merging them together through in-house proprietary technology.

*It's awesome to be first…* and, here's how it works:

Bungee Mummy players earn awards for completing certain levels of gameplay and are then rewarded with codes. These codes are 3D-printable in the form of collectible game trinkets *(as seen below)* that can be printed through any 3D printing service such as Shapeways or 3DHubs.[21]

Amazon is also getting into the 3D arena with last year's launch of a 3D printing store[27] for its customers — thus, convenience is clearly on the rise here!



Innovation can lead to vast riches...

**Steampunk Wizards SPWZ** is proving to be a true pioneer in one of the most exciting trends of the electronics entertainment industry sector — namely the space where the virtual and real worlds collide.

FOIA CONFIDENTIAL TREATMENT
REQUESTED

STUDIO K-00001682

## URGENT: BUY SPWZ UP TO $1.50 PER SHARE...NOW!

### Unlimited Revenue Generating Applications!

Not only is 3D printing super cool and super tech — it's über-geeky!

**Steampunk Wizards SPWZ** is already proving to be an innovator and could forge a leadership role in the marriage of these two robust technologies.



*"The high resolution graphics and introduction of 3D printable prizes removes the boundaries of 'traditional' mobile game play between digital assets on your mobile and the real world by providing tangible rewards and collectibles." [21]*
—**Brendon Grunewald,
Chief Corporate Strategy Officer**



Worldwide 3D Printing Industry Forecast, $Billions [26]

[ click to enlarge ]

# 3D Printing goes Mainstream

Gartner — the world's leading information technology research and advisory firm — projects that the global 3D printing market will grow from $1.6 Billion in 2015 to $13.4 Billion in 2018, attaining a 103.1% CAGR (compound annual growth rate).[26]

3D printing is also getting significantly cheaper...

Siemens predicts that, in the next five years, 3D printing will become 50% less expensive and up to 400% faster.[26]



All of this is **GREAT NEWS** for **Steampunk Wizards** as it continues to blend the real and virtual worlds through its proprietary technology.

I see **Steampunk Wizards** as well-positioned — *ahead of the herd and ahead of this trend* — as 3D printing technology makes the inevitable transition to our homes.

### "In 10 years' time, 3-D printing will be everywhere; it will be our everyday reality." [28]
—**Rozi Mikolajczak, Omni3D**

## Robust Development Pipeline

FOIA CONFIDENTIAL TREATMENT REQUESTED

This, to me, is by far the most important criteria in my assessment of gaming companies from an investment standpoint.

And **Steampunk Wizards** clearly stands out above the rest...

The truth is, very few companies hit a homerun on their first game release. It's all about having a robust pipeline of development projects in order to make it HUGE.

**Steampunk Wizards SPWZ** has me extremely excited about their next two gaming franchises.

**One focuses on a major historical event, which the company is being very tight-lipped about thus far.**

Talks are currently ongoing with the European Union and a national government about funding the project.[29] This could very well be the company's first major hit.

**The second is a comic-book-themed game »»» I'm EVEN MORE enthusiastic about this one!**

Again, the Steampunk team has been on the secretive side to-date... but what they have said is that they are presently working with the IP owner of a comic book series that has already sold **tens of millions of copies![29]**

The plan is to turn this comic book into a game!

It goes without saying that the world is absolutely bonkers for all-things comic-book and superhero related these days. And nothing goes together quite like superheroes, video games, and blockbuster feature films!



Talk about multiple potential revenue streams! We could be looking at a true triple-threat here: A major gaming franchise, a feature film, and a television series!

Additionally, as a result of the already successful Bungee Mummy franchise, Steampunk is starting to receive huge inflows of projects and requests.[30]

The company is currently focusing its growth prospects on two distinct areas:

1. The development of its next game franchises[30]

2. The acquisition of other gaming companies and talent[30]

Steampunk has announced that it has identified a number of companies as potential acquisition targets.[30]

And the timing could not be better for Steampunk shareholders. Last year, acquisitions and initial public offerings in the global video game industry rose to a record $24 Billion![31]

This approach should allow Steampunk to:
• Expand horizontally in the industry[30]
• Gain additional IP for new games[30]
• Attain greater publishing reach[30]
• Expand film-making capacity[30]



Advantageous Buy-Window

STUDIO K-00001684

its potential to double or triple. Hundreds of millions of shares have already traded, and upward movement is now dependent on escalating hype. This is one of the surest ways to lose money in the stock market and it goes directly against the Peter Lynch mode of investing.

The real key to consistently securing **HUGE GAINS** in the magnitude of 1,000%, 2,000% and even 3,000% is being early on high-potential stock situations.

**Steampunk Wizards SPWZ** fits our buying criteria to a T...

Not only is **SPWZ** currently undetected by Wall Street under $1 per share — we're talking about a miniscule market cap of only around $16M as compared to major players like KING at over $5.5B.

Once word gets out on one or both of the company's next gaming franchise releases, we could see **SPWZ** shares rocket many multiples higher.

I'm also impressed that **Steampunk Wizards** is making its public information available to the investment community via the **S&P (Standard & Poor's) Capital IQ's Market Access Program.**[23]



This shows a firm commitment by Steampunk's management team to shareholders and the investment community at large. As part of the S&P program, **SPWZ's** company information will be disseminated to users of **MarketScope Advisory** — an Internet-based research engine used by more than 100,000 investment advisors.[23]



I see momentum building on all facets for **Steampunk Wizards...**

My strongest recommendation is that you buy **Steampunk Wizards** quickly — before things heat up further. Those who hesitate could end up paying a lot more for their **SPWZ** shares.

## URGENT:   BUY SPWZ UP TO $1.50 PER SHARE...NOW!

# RIGHT INDUSTRY... RIGHT TIMING...
# RIGHT STOCK!
## Steampunk Wizards SPWZ to Quickly
## Accelerate Via Strategic Acquisition

One of the quickest ways a company can increase the value of its stock is through strategic acquisition.

Steampunk has already announced, via press release, its intent to secure additional talent and gaming titles via this methodology.

In fact, **SPWZ** is currently eyeing a number of companies as potential acquisition targets[30] — and this is the type of news that can move shares exponentially higher.

I can already hear the conversations...

*"Did you see who Steampunk acquired today?"*

*"I'm so glad I bought the stock before the news… you did too, RIGHT?"*

Once more, the timing of this news could not be any better for early **SPWZ** shareholders. The gaming market is ripe for consolidation.

STUDIO K-00001685



Digi-Capital said in a new report that the value of deals rose 3-fold from 2013 and 4-fold from 2012.[31]

Acquisitions and initial public offerings in the global video game industry also spiked to a record $24 Billion last year...[32] fueled by the hunt for blockbuster titles like Angry Birds, Candy Crush Saga, and the like.

Acquisitions totaled $15 Billion while IPOs accounted for $9 Billion.[32]

## GROWTH IS BEING DRIVEN BY MEGA-DEALS LIKE:

| | |
|---|---|
|  | Activision Blizzard's newly announced $5.9 Billion agreement to acquire King Digital (maker of Candy Crush Saga) [1] |
| ■■ Microsoft | Microsoft's $2.5 Billion acquisition of Mojang (developer of Minecraft) [33] |
| facebook | Facebook's $2 Billion deal for Oculus VR (maker of virtual reality glasses for games) [34] |
|  | Zynga's buyout of NaturalMotion for $527 Million (UK-based game developer) [35] |

**And that brings us to our next profit-point...**

**Steampunk Wizards** could potentially see itself too become the prized acquisition target of a larger game developer!

I see this scenario evolving as additional news is released on **SPWZ's** upcoming game franchises — specifically its forthcoming comic-book-themed game.

The folks at Digi-Capital are also anticipating a rise in consolidation activities in the gaming space. They see the big players going after smaller developers with unrealized hit potential to plug into their infrastructure and marketing.

This includes breakout companies with high-quality games *(i.e., great ratings)* and high downloads on mobile *(or that can be adapted to mobile)*.

This could be absolutely massive for **Steampunk Wizards** and early shareholders as comic-book characters and superheroes continue to attract the masses.

I see Steampunk's pending comic-book-themed game quickly launching into multiple realms including the possibility of it going to the big screen — à la *The Angry Birds Movie.* The public's appetite for games, movies, and anything media-driven is truly insatiable.

Mobile Gaming and
3D-Printing industries —
**MERGED!**
**How to Profit NOW!**

**Trading Symbol:** SPWZ
**Rating:** Strong Buy
**Buy Recommendation:**
**Up to $1.50**
**Initial Target:** $3.50
**Long Term Target:** $13.50
**Next Step:** Buy NOW!

The big players could soon have **Steampunk Wizards** within their acquisition crosshairs — which would no doubt be a gigantic win for early **SPWZ** shareholders.

I'm just glad we have the opportunity to buy **Steampunk Wizards SPWZ** now while it's still undiscovered and trading near $1.

*Let the games begin!*

## URGENT: BUY SPWZ UP TO $1.50 PER SHARE...NOW!

FOIA CONFIDENTIAL TREATMENT
REQUESTED

STUDIO K-00001686

# THE $BILLIONS BEING MADE IS

# INSANE!



*Even Jake Tapper of CNN's The Lead is hip to games — as he is regularly seen with his Minecraft-inspired coffee mug.*

If you read *Forbes*, then you know that this year's cover story for their famous *Forbes* Billionaires issue was on Mojang's Markus Persson, aka "Notch," the creator of the popular block-building game Minecraft.

Talk about a rapid path to $Billions... Minecraft is the only game Persson has ever created, and, last year, Microsoft *(maker of Xbox)* bought it for a whopping $2.5 Billion![36]

So, here you have one of the world's newest billionaires, at $1.3 Billion, teaming up with the man who leads the list, Microsoft founder Bill Gates, at an unfathomable $79.2 Billion.



**Marcos Persson** *aka "Notch"*



**Minecraft**



**Bill Gates**

Persson made over $1B for creating Minecraft — an extraordinary achievement — yet one that *IS POSSIBLE* in today's gaming arena.

Another brand new gaming $Billionaire is Gabe Newell. He runs Valve Corp., which dominates the world of PC game sales through its Steam digital game store — aka the *iTunes* of video games.

He cofounded the company in 1996 with former Microsoft colleague Mike Harrington and has run it ever since.



**Gabe Newell**



**VALVe**



**Steam Digital Game Store**

The company found initial success with games like Half-Life and Portal. His net worth, you ask? How about $2.2 Billion![37]



**Half-Life**



**Intel CEO Brian Krzanich & Gabe Newell**



**Portal**

PopCap Games is yet another amazing success story from the gaming space. The company — which started with just 3 employees back in 2000 — went on a meteoric rise to over $100 Million in annual revenues and around 400 employees by 2010 on the wild success of its Bejeweled game franchise.[17]

Electronic Arts (EA) acquired PopCap in 2011 for $650 Million with an additional $100 Million option.[17]

STUDIO K-00001687





PopCap          Bejeweled          EA

Supercell — the mobile gaming company behind such titles as Clash of Clans and Boom Beach — sold 51% of its shares to SoftBank in 2013 for $2.1 Billion. Earlier this year, SoftBank picked up an additional 22.7% stake in Supercell.[38]





Clash of Clans          Supercell          Boom Beach

*In other words...if you so much as blink...* **you can completely miss a major profit opportunity in the gaming arena!**

I think you're beginning to see why I'm so excited about **Steampunk Wizards** and the two games they've announced, thus far, for their development pipeline. The company's forthcoming comic-book-themed game could be an instant billionaire maker — and you, as an early **SPWZ** shareholder, could be *first-in-line* for an epic profit journey!

# Microsoft, Facebook, and Amazon

All the big names have their hands in the video game space. *And why not?* We're talking about a booming trend with no end in sight — and $Billions upon $Billions to gain.





Facebook chief Mark Zuckerberg understands the importance of games to its 1 Billion daily users.[39] It offers a number of popular game titles such as Pet Rescue Saga, Dragon City, and Farmville.





Pet Rescue          Mark Zuckerberg          Dragon City

Zynga — the creator of Farmville — commenced active trading on the NASDAQ in late-2011 and currently has a market-cap of over $2.3 Billion. The company approached $1B in revenues in its first four years since inception.[40]





FarmVille          Zynga          FarmVille 2

Facebook also recently acquired Oculus VR — maker of the Oculus VR headset for online gameplay — in a $2 Billion deal.

FOIA CONFIDENTIAL TREATMENT
REQUESTED                                          STUDIO K-00001688



Jeff Bezos of Amazon is taking advantage as well...

The online retail giant is now developing its own games specifically for its own devices *(such as the Amazon Fire Phone, the Kindle Fire HDX e-reader, and the Amazon Fire HD tablet)* through its in-house Amazon Games Studios.[41]


**CreepStorm**


**Jeff Bezos**


**Tales From Deep Space**

To-date, the company has released a number of popular games including The Unmaking, CreepStorm, and Tales From Deep Space.

If you haven't heard of any of these games — *worry not my friend!* I hadn't either!

Remember, we're following the Peter Lynch model of investing with our eyes. We can see clearly that this is where the **Big-Money** is going to be made for many years to come — perhaps into perpetuity!

The key is finding the undiscovered game development companies BEFORE Wall Street. And I have no doubt that **Steampunk Wizards SPWZ** is one of those rare hidden gems.

# IMMEDIATE REVENUE STREAMS
# CAN DRIVE STOCKS LIKE
# SPWZ EXPONENTIALLY HIGHER

*So... how do these mobile games make money? Aren't they free to play?*

The answer is yes <u>AND</u> no!

Mobile game developers typically prefer to launch free versions of their games to the major App stores in order to quickly build an audience of millions.

Known as *freemium* games, these games are free to play and rely on optional in-app purchases to generate revenues (and are oftentimes supported by advertising revenues as well).

Freemium games dominated Apple's (iOS) App Store revenues in 2014.[42]

This shows that developers are capitalizing on what has become the new standard in mobile games: offering games whose initial downloads and installs cost nothing — hence, engaging vast numbers of users who then take advantage of a variety of paid add-ons such as in-app purchases of virtual currency and other in-game items.

This is the same model **Steampunk Wizards** is successfully deploying for their Bungee Mummy franchise — yet taking it "next-level" with in-game **3D-printable** rewards.



Mobile Gaming and 3D-Printing industries — **MERGED!**
**How to Profit NOW!**

**Trading Symbol: SPWZ**
**Rating: Strong Buy**
**Buy Recommendation: Up to $1.50**
**Initial Target: $3.50**
**Long Term Target: $13.50**
**Next Step: Buy NOW!**

grossing apps for iPhone — and 10 out of 10 for iPad.[43]



This is a very robust market with 960 million people around the globe playing mobile games on their phones and tablets — and 40% of them, or 384 million, spending money![44]

In-game advertising is another major revenue stream for the gaming industry with a current CAGR (compound annual growth rate) of 10.8 percent.[19]

By 2016, the global market for in-game advertising is projected to reach $7.2 Billion![19]

## URGENT:   BUY SPWZ UP TO $1.50 PER SHARE…NOW!

# And The Revenues Can Really Fly

The big franchise games continue to bring in huge revenues — reaching $22.41 Billion in the U.S. alone in 2014. Casual games are also capturing more and more of the global market with current revenue projections of $22.52 Billion globally by 2019.[19]

Another interesting gaming company to examine in terms of revenue generation is privately-held SGN. The maker of such titles as Cookie Jam and Panda Pop is poised to nearly triple revenues this year to about **$280 Million** from around **$100 Million** in 2014.[45]







**Cookie Jam**                     **SGN**                     **Panda Pop**

The secret of their success is no secret! It's the same *freemium* gaming model that **Steampunk Wizards** is deploying.

The key to having a bona fide breakout mobile game is having tens of millions of users download the app and play all they want for free. Then, all you need is a relatively small percentage of "fanatics" to pony up for advanced game features — **SUCH AS 3D-PRINTABLE REWARDS!**

The 10 percent of paying SGN users are producing pretax profit margins for the company in the neighborhood of 20%[45] at a time when scores of heavily funded tech start-ups are burning through $Millions every month for minuscule growth.

This intelligent growth model obliterates the notion that you have to spend $Millions on advertising in order to reap $Millions in revenues!

# How Big Is This Market???
## In a word... *MASSIVE!*



**Newzoo** — a market research company focusing on games, including data and analysis on all segments, platforms, and business models — projects 2015 mobile game sales to climb 21% to $30.3 Billion... overtaking console games as the leading segment.[46]



**Digi-Capital** — a global investment bank for games, apps, and all things digital — projects games revenue to eclipse $120 Billion by 2018 (hardware sales included).[47]

FOIA CONFIDENTIAL TREATMENT
REQUESTED

STUDIO K-00001690

focused companies like **Steampunk Wizards SPWZ,** Digi-Capital is forecasting double-digit growth for the mobile gaming sector.[47]

Plus, the barriers to entry for game developers are almost non-existent. Once a company has a game that's ready to launch, they simply submit the game to Apple iOS, Google Play, or another platform for consideration.

I can't think of another industry where it's that easy to reach potentially hundreds of millions of enthusiastic gamers



**Digi-Capital Global Games Revenue Forecast ($B)[47]**

[ click to enlarge ]

*(aka potential paying customers)...* plus, the entire process costs next to nothing!

**It makes perfect sense:** Apple, Google, Amazon *(among others)* are ALL competing for the top games along with the planet's nearly 1 Billion gamers. Hence, it's in each of these companies' best interest to make it as easy and seamless as possible for game developers to bring their games to market.



*How easy is it?* **Here it is…straight from Apple's mouth:**
**Distribute Your Apps Worldwide.**
The App Store for iPhone, iPad, Mac, Apple Watch, and coming soon to Apple TV, makes it easy for over a billion customers around the world to discover and download your apps. There are no hosting fees and Apple handles all payment processing. You receive 70% of sales revenue.[48]

**Mobile Gaming and 3D-Printing industries — MERGED! How to Profit NOW!**

**Trading Symbol: SPWZ**
**Rating: Strong Buy**
**Buy Recommendation: Up to $1.50**
**Initial Target: $3.50**
**Long Term Target: $13.50**
**Next Step: Buy NOW!**

Staying with Apple for a moment, once a company's game has been successfully added to the App store, the next order of business for the developer is getting the game featured.

As you will recall, Rovio's Angry Birds didn't reach the Big-Time until Apple made the decision to feature it as a **game of the week**. It then went immediately to #1!

Apple recently shared 5 key areas that game developers can focus on in order to garner the attention of the Apple selection crew *(i.e., a group of mega-nerds who decide what's cool for the rest of the world!).*

I'm sure the development team at Steampunk is more than adept at all of these techniques and more — so I won't bother to list them here. They've already proved this with the early success of their initial game franchise: Bungee Mummy.

Game developers can also utilize app store optimization (ASO) to improve game rankings.



**ASO**
App Store Optimization

**The bottom line is this: Steampunk Wizards**, to me, has a clear path to "Angry Birds-type" success. The company has already successfully launched its popular Bungee Mummy franchise — and either of the company's next two product offerings could be bona fide blockbusters...

...the kind that could send your **SPWZ** shares from below $1 to above $10 and beyond!

**URGENT: BUY SPWZ UP TO $1.50 PER SHARE…NOW!**

# 5 REASONS
## TO BUY SPWZ — NOW!

## 1. BOOMING SECTOR





Like it or not... mobile gamers are taking over the world! *We like it...* because the Peter Lynch model teaches us to invest with our eyes... and we're seeing this megatrend exceptionally clearly.

960 million people around the globe are playing mobile games on their phones and tablets — and 40% of them, or 384 million, are spending money!

Newzoo projects 2015 mobile game sales to climb 21% to $30.3 Billion... overtaking console games as the leading segment. **Steampunk Wizards** is primed for success in this booming market.

## 2. MERGING OF 2 MEGA-GROWTH ARENAS



**Steampunk Wizards SPWZ** is elevating its profile as a bona fide innovator in perhaps the most exciting trend to hit the electronics entertainment industry sector in years — namely the space where the virtual and real worlds collide.

Steampunk is actively merging the $30 Billion mobile gaming market and the $1.6 Billion 3D printing industry with the introduction of the very first mobile game franchise — Bungee Mummy — to include in-game 3D-printable rewards.

I see **Steampunk Wizards** as well-positioned — *ahead of the herd and ahead of this trend* — as 3D printing technology makes the inevitable transition to our homes.

## 3. CREATIVE TEAM

I'm impressed with the Steampunk *team of wizards*... and so is the industry!



FOIA CONFIDENTIAL TREATMENT
REQUESTED

STUDIO K-00001692

In October, the company was signed by Steel Media — putting Steampunk alongside leading mobile game development studies including Rovio *(Angry Birds)*, King *(Candy Crush Saga)*, Supercell *(Clash of Clans)*, and Ubisoft *(Assassin's Creed)*... to name just a few.

The above list includes 3 of the top 10 globally downloaded games of all-time! This is truly rarefied company for a relatively unknown, yet emerging game developer like **SPWZ**!

Even more impressive is what the director of sales and marketing for Steel Media, Alex Rennie, had to say about their newest client:

*"Steel Media is excited to establish a strategic alliance and partnership with Steampunk Wizards. Since meeting with the management team and their talented group of developers, we have seen big potential in their games. We look forward to working together to bring them to a global stage. We believe that this could be a transformational period for Steampunk Wizards."*

## 4. THE NEXT ANGRY BIRDS



While those over-stuffed, flight-challenged birds may be perpetually angry... early **SPWZ** shareholders are rejoicing in early details of the company's next two forthcoming game releases — either of which could put **Steampunk Wizards** up on that same lofty perch.

The first game focuses on a major historical event *(only whispers at this point)* — with talks ongoing with the European Union and a national government about funding for the project... this sounds like it could be something absolutely massive!

For the second game, Steampunk is working with the IP owner of a comic book series that has sold tens of millions of copies... I'm even more excited about this project as it has major movie release written all over it!

Look for more details on these two games in the very near future — and make sure you own **SPWZ** before the next round of news is released!

## 5. ADVANTAGEOUS BUY WINDOW



Right now, **Steampunk Wizards SPWZ** is trading quietly below Wall Street's radar below a buck a share.

That gives you a rare window with which to establish your strategic position before the stock makes its initial projected upward run.

While Wall Street and the investing masses are chasing **SPWZ** higher, I'll be alerting you to specific Profit-Protect Points along the way!

## URGENT: BUY SPWZ UP TO $1.50 PER SHARE...NOW!

# YOUR NEXT PROFIT MOVE
## CASH-IN!

FOIA CONFIDENTIAL TREATMENT
REQUESTED

STUDIO K-00001693

broker and discuss how large a position in **SPWZ** you can comfortably own. Show him or her my report... all the information you've read here is publicly available... easy for your broker to verify.

I'm confident he or she will agree that **SPWZ** is an opportunity you must act upon now — and that its low price means you should immediately purchase **SPWZ** at the market.

I DO NOT expect this window around the $1 level to remain open much longer — so act quickly to secure your **SPWZ** position at the lowest possible price point.

Don't get caught sitting on the sidelines on this one... BE THERE to reap the pending profit windfall!

And remember, stocks should only be thought of as vehicles with which to make money. I say this to my subscribers on a regular basis because it carries a ton of weight. Oftentimes, investors make the mishap of *falling in love* with their holdings — which can lead to missed profit opportunities that simply vanish into the ether.

Don't let that happen to you.

Always adhere to our stated mantra of protecting partial gains on the way up. I'll be announcing Profit-Protect Points along the way that you can follow at WallStreetReport.org.

Hi, my name is Chris Porter and I am the chief analyst at the *Wall Street Report – Tech Insider*.

As I mentioned earlier... I'm only interested in one thing: Bringing YOU exclusive, undiscovered stock situations — like **Steampunk Wizards SPWZ** — that can ultimately put you on the profitable-path to independent wealth creation.

*As just a couple of recent examples…*
• ESRX delivered an impressive *+597% increase!*
• SBUX more than doubled that gain to the tune of *+1,096%!*

These are the types of mega-winners that can make you instantly wealthy — and I was among the first to call them.

As far as I can tell, I am the **VERY FIRST** stock guru to identify **SPWZ's** near limitless upside at this early stage.

Similarly, and just recently, I was first to discover small-cap oil & gas exploration firm BLKG. This stock blasted off for an impressive *+400% gain in a matter of weeks!*

As chief analyst of the *Wall Street Report*, every month I tear into... and expose... the web of lies our financial media shamelessly attempts to pull over the eyes of the little-guy — yes, *you and me…* the hard working individual investor.

You see, it's my job to make sure my loyal *Wall Street Report* subscribers DO NOT fall prey to the ploys of these self-serving institutions who are clearly biased toward the big-guys — such as Wall Street's giant banks.

As a profit-proven stock master working for the little-guy...there's one thing I can tell you with absolute certainty: the media IS NOT giving you the full story. Plain and simple.

## ONE LAST THING

I see **Steampunk Wizards** as a fast-moving stock situation. Once a mobile game catches fire, it can be just mere minutes before the entire gaming community has those frantic fingers tapping away at the download screen. This could happen at any moment for Steampunk's Bungee Mummy franchise... and any new details surrounding the company's next two game franchises could have a major impact on the **SPWZ** share-price. So, don't be an *angry bird* for missing out... be the *early bird* and snatch up the seed-level **SPWZ** shares today below $1.50.

FOIA CONFIDENTIAL TREATMENT
REQUESTED

IMPORTANT NOTICE AND DISCLAIMER: This stock profile should be viewed as a paid advertisement. The WSR Tech Insider is published by Henwick Ltd. In an effort to enhance public awareness of Steampunk Wizards Inc. ("SPWZ") and its securities through the distribution of this advertisement, Ikon Media has provided the publisher with a weekly budget of approximately $150,000 to cover the costs associated with creating, printing and distribution of this advertisement. The publisher will retain any excess sums after expenses as its compensation. The publisher has not undertaken to determine if Ikon Media is, or intends to be in the future, directly or indirectly, a SPWZ shareholder as it has no meaningful way to verify such facts. Readers should take this into consideration in evaluating bias. The name Chris Porter is a pseudonym for the editor who was paid $5,000 for his/her contributions to the report. If successful, this advertisement will increase investor and market awareness, which may result in increased numbers of shareholders owning and trading the common stock of SPWZ, increased trading volumes, and possibly increased share price of SPWZ's common stock. This publication is not, and should not be construed to be, an offer to sell or a solicitation of an offer to buy any security. This publication, its publisher, and its editor do not purport to provide a complete analysis of any company's financial position. The publisher and editor are not, and do not purport to be, broker-dealers or registered investment advisors. This publication is not, and should not be construed to be, personalized investment advice directed to or appropriate for any particular investor. Any investment should be made only after consulting a professional investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Further, readers are advised to read and carefully consider the Risk Factors identified and discussed in the advertised company's SEC filings. Investing in securities, particularly micro cap securities such as SPWZ, is speculative and carries a high degree of risk. Past performance does not guarantee future results. This publication is based exclusively on information generally available to the public and does not contain any material, non-public information. The information on which it is based is believed to be reliable. Nevertheless, the publisher cannot guarantee the accuracy or completeness of the information. This publication contains forward-looking statements, including statements regarding expected continual growth of the featured company and/or industry. The publisher notes that statements contained herein that look forward in time, which include everything other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include the size and growth of the market for the company's products and services, the ultimate degree of success in the company's gaming apps in the near term and long term, etc. The Wall Street Report WSR Tech Insider is the publisher's trademark. All other trademarks used in this publication are the property of their respective trademark holders. The publisher is not affiliated, connected, or associated with, and is not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by the publisher to any rights in any third-party trademarks.

1. http://techcrunch.com/2015/11/02/activision-blizzard-acquires-candy-crush-maker-king-digital-entertainment-for-5-9-billion/#.pcqmwq;m6vZ
2. http://steampunkwizards.com/about/#info
3. https://en.wikipedia.org/wiki/Peter_Lynch
4. http://www.investinganswers.com/education/famous-investors/51-peter-lynch-quotes-empower-your-investing-2730
5. http://www.businessinsider.com/worlds-first-cell-phone-call-2013-4
6. http://www.mediahorizons.com/blog/item/416-smartphone-usage-and-habits-by-demographics
7. http://content.usatoday.com/communities/gamehunters/post/2011/07/video-games-the-most-popular-mobile-phone-app-iphone-users-play-more/1#.Vktrtr8-BlY
8. http://www.theguardian.com/commentisfree/2014/sep/18/52-percent-people-playing-games-women-industry-doesnt-know
9. http://www.gartner.com/newsroom/id/2614915
10. https://www.facebook.com/appintop/posts/677828288918374
11. http://www.businessinsider.com/angry-birds-made-200-million-in-2012-2013-4
12. http://www.wired.co.uk/magazine/archive/2011/04/features/how-rovio-made-angry-birds-a-winner
13. http://www.phonearena.com/news/Angry-Birds-may-be-the-cause-of-1.5-billion-in-productivity-loss_id22127
14. http://www.fastcompany.com/3043466/ceo-pekka-rantala-insists-rovio-maker-of-angry-birds-can-slingshot-its-way-to-disney-sized-g
15. http://www.otcmarkets.com/stock/SPWZ/profile
16. http://steampunkwizards.com/about/#team
17. https://en.wikipedia.org/wiki/PopCap_Games
18. http://www.pong-story.com/odyssey.htm
19. http://steampunkwizards.com/the-electronic-entertainment-industry
20. http://venturebeat.com/2015/04/20/gamings-top-25-public-companies-generated-54-1-billion-in-revenue-last-year
21. http://3dprint.com/32002/bungee-mummy-3d-print
22. http://steampunkwizards.com/bungeemummy
23. http://www.marketwatch.com/story/steampunk-wizards-inc-signed-by-steel-media-as-preferred-partner-2015-10-15
24. http://kamagames.com/most-popular-ios-apps-on-the-market
25. http://venturebeat.com/2014/10/22/mobile-games-will-overtake-console-revenues-in-2015
26. http://www.forbes.com/sites/louiscolumbus/2015/03/31/2015-roundup-of-3d-printing-market-forecasts-and-estimates
27. http://money.cnn.com/2014/07/29/technology/innovationnation/amazon-3d-printing
28. http://www.wsj.com/articles/how-3-d-printing-will-change-our-lives-1406848194
29. http://steampunkwizards.com/development-projects
30. http://steampunkwizards.com/about/#info
31. http://blogs.wsj.com/digits/2015/01/21/study-acquisitions-ipos-at-a-record-in-video-game-industry
32. http://venturebeat.com/2015/01/20/game-company-acquisitions-topped-24b-in-2014-but-its-not-a-bubble
33. http://www.ign.com/articles/2014/11/07/microsoft-officially-completes-acquisition-of-mojang
34. http://techcrunch.com/2014/07/21/facebooks-acquisition-of-oculus-closes-now-official
35. http://techcrunch.com/2014/01/30/zynga-naturalmotion
36. http://www.forbes.com/profile/markus-persson
37. http://www.forbes.com/profile/gabe-newell
38. https://en.wikipedia.org/wiki/Supercell_%28video_game_company%29
39. http://mashable.com/2015/11/04/facebook-earnings-2015-q3/#6TnC7rJpkqqo
40. https://en.wikipedia.org/wiki/Zynga
41. http://www.fastcompany.com/3037064/amazon-game-studios
42. http://www.cheatsheet.com/technology/how-free-mobile-games-make-the-most-money.html/?a=viewall
43. http://appleinsider.com/articles/14/12/23/freemium-games-dominate-app-store-list-of-most-downloaded-highest-grossing-apps-for-2014
44. http://www.newzoo.com/insights/cga-smartphones-and-tablets-2013-games-market-sector-report
45. http://www.cnbc.com/2015/04/20/mobile-games-make-more-money-than-you-think.html
46. http://www.usgamer.net/articles/zynga-pincus-in-mattrick-out
47. http://www.digi-capital.com/news/2015/01/the-big-squeeze-24b-games-exits-in-2014/#.VkuNlr8-BlY
48. https://developer.apple.com/programs

STUDIO K-00001695