### How ONE STOCK with a $2.1 BILLION Oil Prize could turn $10,000 into $140,000

# THE U.S. OIL SECRET AND HOW YOU CAN PROFIT FROM IT

What if I were to tell you that **you've been lied** to by the mainstream media?

What if I were to explain to you how the US Government has been keeping an **oil secret** to themselves for the past 50 years?

And what if I were to tell you I've just *uncovered the one stock with a $2.1 Billion oil prize* that could make you very,very wealthy?

You wont find this information anywhere else.

Why?

Because the mainstream financial outlets are far too busy and greedy to talk about true, high potential stock opportunities that are worthy of your investment attention.

But before we get down to business, let me introduce myself...

**Hi, my name is Chris Porter and I'm the chief analyst at the Wall Street Report.** And I'm only interested in one thing...

Bringing you exclusive, undiscovered stock situations that can make you independently wealthy.

 | Enter Your Email To Get Free Report |  Sign Up |

*WYN for example. 2000% gain. And ZHNE, +980% gain*. Huge winners!

**The next is Black Stallion Oil and Gas**, a little-known oil and gas explorer, trading under the ticker **symbol BLKG**.

Analysts conservatively estimate Black Stallion's 12,500 acre Woodrow Prospect holds 100 million barrels of oil. And that's just at the low-end. That doesn't include the 16.9 bullion cubic feet of recoverable natural-gas.

...And by the time this presentation is finished you'll see exactly why I'm screaming from the rooftops "Jump on **Black Stallion Oil & Gas (BLKG)** immediately. **Buy at up to $2 a share.**"



Copyright 2015 © Wall Street Report

You've no doubt heard of North Dakota's **Bakken** and South Texas' **Eagle Ford** oil and gas formations. Together, these two claims make up nearly 90% of domestic oil production growth. They account for a substantial portion of domestic natural-gas production growth over the last few years.

Needless to say, early investors in those 2 domestic energy plays made untold fortunes... However, don't worry because... **The Best Is Yet To Come!**

Right now... Today... The American Oil Market is primed for one of it's most prosperous periods in history.

It's activating what many experts believe is our country's most important untapped super-field:



The Alberta Basin Bakken

I'll explain everything you need to know about this massive oil development in a moment.

But right now my #1 priority is making sure YOU are positioned for the huge profits. Not the fat cats on Wall St. Not the masses investing like sheep – This is why I'm urging all of my loyal subscribers to jump on **BLKG** immediately!.

**Black Stallion Oil & Gas** (**BLKG**) is my top performer of 2015... **BLKG** could easily multiply your investment several times over.

In this special presentation, I'm going to show you why **Black Stallion Oil & Gas** - potentially one of America's top plays at below $2.00 per share right now - could be one of the most undervalued investment opportunities you'll find... and PROFIT from... in your lifetime.

BLKG represents YOUR opportunity to profit from America's fastest-emerging area-play.

Before we continue. Let's look at a few companies hitting home runs in the **Bakken Formation.** Because late-comers investors drove share values exponentially higher:

Rosetta Resources went from $3.06 to $47.82 for a 1,078% gain!
Brigham Exploration went from $1.14 to $37.15 for a 3,258% gain!
Northern Oil went from $2.22 to $32.69 for a 1,473% gain!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                    000090

The exact same pattern occurred in the Eagle Ford Formation:

Carrizo Oil & Gas went from $8.42 to $47.87 for a 468% gain!
Magnum Hunter Resources went from $0.55 to $8.81 for a 1,500% gain!
Matador Resources went from $7.76 to $24.10 for a 210% gain!

According to the American Association of Petroleum Geologists, the Alberta Basin Bakken, which stretches from Northwest Montana into Alberta, is the next big oil play in America.

And guess which company is *sitting front and center?*

**That's right. Black Stallion Oil & Gas.**

(**BLKG**) is showing every indicator to be the NEXT Hot Stock. Producing fortunes for early shareholders!

The Oil Rush is CLEARLY on!

Estimates vary. But the consensus is the Alberta Basin Bakken is expected to deliver a staggering 2 to 3 billion barrels of recoverable oil.

*Here's where it gets even more interesting...*



As you're probably aware, the price for a barrel of oil is drastically lower than the giddy heights of even 1 year ago.

Now to the uneducated, the mainstream media may lead you to believe that's a negative.

But here's the thing, and here's where you can really profit from **Black Stallion Oil & Gas (BLKG)**

As the chief analyst for the *The Wall Street Report,* every month I tear into the fabric of lies our media has pulled over our eyes.

You see, it's my job to make sure the thousands of Wall Street Report subscribers don't get fooled into believing what the financial media tells them.

Because, if there's one thing I can tell you from all my experience as an investor, it's this: the media is not giving you the full story.

Plain and simple.

And that's why, when I *discovered this amazing trend in smaller U.S. oil companies*, I knew it was something I had to come forward with.

In fact, the team here at the Wall Street Report, insisted on it.

Because very simply, this kind of **stock opportunity comes around once, maybe twice in a lifetime.**

For the sake of this publication's reputation we had to make sure we got you in on the ground floor.

No doubt you look for truly game changing opportunities, not fly by night fads. This is why the company I'm telling you about is in such a unique position.

You see, in the early 2000's, advances in well technology for oil and gas drilling, made recovering petroleum more efficient – and much cheaper – than ever before.

As a result, since 2007, America has experienced an energy resurgence. And nobody saw it coming.

**Shale oil production more than doubled...**

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                          000091



And our natural gas reserves ballooned to over 350 trillion cubic feet in 2013. Compare that to 225 trillion cubic feet in 2007. It's an increase of more than 55%...

Not surprisingly, in 2013, the *U.S. overtook Russia as the world's leading energy producer*.



In 2014, America actually *surged past Saudi Arabia as the world's biggest producer of crude oil.*

The point is, even at $60 a barrel of oil, this will not affect the small-cap oil market in the United States.

**It's only going one way - UP.**

This puts **Black Stallion Oil & Gas** (**BLKG**) in a fantastic position for investors.

Even without the current cost of oil acting as the perfect storm for investors. **BLKG** would still be a great investment.

This is the type of investment I like - **big upside, little downside.** I would be shocked if the price of **BLKG** didn't make you *double-digit or triple-digit gains*.

Consider this:

Break-even oil prices for Saudi Arabia, based on budget requirements are at $89 a barrel. They are much higher for other countries like Iraq, requiring $114 a barrel to break even. Or Iran, at $130 a barrel. These numbers are all confirmed in the latest Citigroup data reports.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                          000092

In a nutshell, this means current oil prices are going to force OPEC (Organization of the Petroleum Exporting Countries) to act.



Even though the Saudis and Kuwaitis could stand an extended period of low prices, the problem is they live in a difficult neighborhood. Their neighbors cannot endure the financial stress.

Federal analysts are already predicting a substantial price hike in crude oil price as early as next month. Right now we're in the early stages when the biggest money will be made, and I'm very confident in **BLKG** because of the company's ongoing operations.

The price is going to **increase sooner, NOT later. BLKG** is in pole positon to reap the benefits.

I'm sure by this point, you're starting to get excited. After all, imagine if *BLKG hitting $45.15* per share actually proved to be too conservative!

As a long-time **energy-stock expert**. I've proven over the years the safest arena for your hard earned investment dollars is in *low-risk home-grown oil and gas resources* such as the Alberta Basin Bakken, and more specifically **Black Stallion Oil & Gas (BLKG).**

**My #1 Pick – Black Stallion Oil & Gas (BLKG**) may have just secured the pole-position in the Alberta Basin Bakken region with it's Woodrow Prospect.

*Confirmed to contain an estimated 100 Million Barrels*. A conservative estimate.

Right now, take a look at the current players in the region. You're going to understand exactly why I'm being conservative at $45.15 per share.

| Company | Ticker | Market Cap* |
|---|---|---|
| ExxonMobil Corporation | NYSE:XOM | $405.57B |
| Royal Dutch Shell plc (Shell Canada) | NYSE:RDS.A | $228.06B |
| Anadarko Petroleum Corporation | NYSE:APC | $44.85B |
| Crescent Point Energy Corp | TSX:CPG | $16.38B |
| Encana Corporation | NYSE:ECA | $13.58B |
| Murphy Oil Corporation | NYSE:MUR | $9.35B |
| Newfield Exploration Company | NYSE:NFX | $4.01B |

* retrieved Oct. 29, 2014

Together these oil titans have invested more than $180 million in research programs in *Alberta Basin Bakken*. Many other companies are fighting to get in.

Each of these multi-billion dollar companies have created extensive infrastructure in the region.

This is another reason why **Black Stallion Oil & Gas (BLKG)** has my *full investor*

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                           000093

*backing and certified seal of approval.*

It has huge potential and I would not be surprised to see this become **my biggest winner to date**.

Do your research as I have. Discover what every expert in the field, what every oil company executive already knows.

<u>There is fortune getting ready to flow out of the Alberta Basin Bakken.</u>

And the little-known and even less talked about company is sitting pretty, right in the middle of a massive liquid gold mine.

I think you're beginning to see why I am so excited abou**t Black Stallion Oil & Gas (BLKG)** at current price levels **below $2.00 a share**.

**RIGHT NOW**... is that crucial moment in your lifetime where you step up to the plate and secure an early position in **BLKG** before the it's too late.

America's energy sector is on a serious roll! For the first time in nearly 20 years, the United States is producing more oil than it's importing.... this FINALLY cementing our path to sustainable energy independence.

Not to mention an ever growing export business.

The IEA sees annual U.S. Production increasing from 800,000 barrels per day to nearly 10 million barrels through 2016 – with the Alberta Basin Bakken set to play a major role in the increase.

When Black Stallion's management team pulled off the miracle acquisition of the Woodrow Prospect – I immediately elevated **BLKG** as my **"Top Energy-Play for 2015."**

The province surrounding this high-potential property, may contain as much as 1 billion barrels of recoverable oil.

Exploration activity nearby the Woodrow Prospect has included $41 million exploration program on an adjoining acreage, consisting of a 3D seismic, a 7 vertical well program, and a 3 horizontal well drilling program.

In negotiating this key acquisition, the team at Black Stallion had the foresight to see the trend toward America's next oil boom and the importance of expanding domestic reserves through the Alberta Basin Bakken region.

The company's Woodrow property, like many highly productive North American oil fields, lies on deep sandstone and carbonate horizons offering thick reservoir units with potential for large reserves of hydrocarbons.

Your window to own **BLKG** at below $2.00 per share before the start of drilling is open – **NOW!**



The Woodrow prospect sits smack dab in the middle of Alberta Basin Bakken. **BLKG** has quietly and shrewdly acquired the sweet-spot within this formation and is closing in on

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                000094

the next major U.S. Petroleum discovery.

All you need to do is buy the stock early and low – then, watch the company's highly experienced field team move this project to drilling and production!

Let me tell you a story about EP Energy (EPE: NYSE) and their focus on petroleum production in the United States.

The company just completed one of only a handful of oil and gas IPO's in recent years on the NYSE – raising over $700 Million in cash to fund their operations.

Now… here's what's going on Behind the Scenes – and what could quickly translate to **escalating gains for YOU as an early Black Stallion Oil & Gas (BLKG) shareholder.**

In super-stealth fashion, multi-$Billionaires Leon Black and Len Blavatnik have been backing EP Energy's entry into the U.S. Oil market.

Do they know something we don't…or are they just seeing the same thing we're seeing: $Trillions in oil-production potential in regions like the Alberta Basin Bakken.

That's not only a staggering amount of money, but also a ton of international power—all being thrust into a U.S. petroleum firm with expanding operations.

As the saying goes, a rising tide lifts all ships – and it's especially true for well-positioned junior explorers like **Black Stallion Oil & Gas** (**BLKG**).

Rarely, in all my years as an energy stock guru, have I seen this **level of excitement on an emerging U.S. energy play.**

Looking closely at EP Energy, their stock is currently trading just below $15 per share and could easily increase by 20% over the next 12 to 24 months.

**But I'm not interested in 20% gains!**

As my long-time followers know, I prefer swinging for the fences on stocks that can increase by **200%…500%....and even 1,000% or more** – and I've made a name for myself by doing just that…with numerous ten-baggers to my credit.

   Enter Your Email To Get Free Report      Sign Up

The latest U.S. Onshore oil boom we're experiencing really started heating up in the early-2000's.When Wolverine purchased Chevron's leases and seismic data, then began aiming their drills at the massive oil deposits below surface. This ignited a new boom here in America.

Then, in a shot heard 'round the world, they hit world-class pay dirt in 2004 with the discovery of the estimated 1 BILLION barrel Covenant Field and commenced major production just a few short months later.

Potential for discovery of a similar world-class field within the Alberta Bakken – precisely where Black Stallion Oil & Gas could soon be drilling – could be be extremely high… Get the free report and see for yourself. And just like that…America's hottest new oil and gas area-play is born!

Wolverine's Covenant Field discovery, a primary driver of this mammoth oil-rush, has already to 26 oil producing wells. They have a total production of 19 Million barrels of oil.

This includes monthly production of over 200,000 barrels translating to nearly $22 Million per month in cash flow. That's over $200 Million per year at current oil prices!

And remember, this is from a relatively small company that, until recently, was in nearly the same position as **BLKG** …operating just up the road within the same geologic hydrocarbon formation, looking for the Big-Score from a major score.

Thus, you can see how quickly things can happen for small-cap exploration firms like

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                             000095

**Black Stallion Oil & Gas** (**BLKG**). If Black Stallion hits its own world-class pay dirt…ALL bets are off. This stock could go straight to the moon! *This stock is going straight to the moon!*

At the time of Wolverine's historic discovery, the Covenant Field was widely regarded as the largest onshore discovery in 30 years – thus, proving that small-scale operators, such as Wolverine and Black Stallion, can indeed uncover world-class petroleum deposits in areas previously left behind by companies like Chevron and Exxon during the petrol-industry rush.

This is an exciting opportunity for **Black Stallion Oil & Gas** (**BLKG**) in their relentless pursuit of massive hydrocarbon reserves in Alberta's Bakken region. Like many resource exploration firms, the drills will soon tell the story, and I firmly believe a "behind-the scenes buyout frenzy" may already be shaping up ahead of Phase-One drilling.

In fact, major producer Anadarko (APC: NYSE) plans to spend $10 Billion drilling wells in the area over the next decade.

While I haven't heard any rumors as of yet…I would not be the least surprised if Anadarko is already eying **BLKG** as a potential key buyout target for their 2015 expansion agenda. This just makes sense to me and would undoubtedly be a **HUGE WIN** for early **BLKG** shareholders who load-up now below $2.00!

Wolverine's Covenant Field discovery and subsequent world-class production is now sparking what can only be described as the most exciting new onshore oil and gas play in recent U.S. memory. Numerous multi-$Billion large-cap producers are descending into the area with hopes of snatching up the best land parcels.



In my opinion **Black Stallion Oil & Gas** (**BLKG**) has beaten all the larger operators to the proverbial punch by securing the Woodrow Prospect right in the proximity of the Alberta Basin Bakken.

The timing on this could not be any better…

But now is the time to take action before the drills intersect. The potential $2.1 billion oil prize could blow the lid off the entire U.S. Oil industry.

Once Black Stallion begins drilling operations, you can pretty much kiss these "seed level" **BLKG** share prices goodbye.

Every time I look at the chart…I still can't believe I have this golden opportunity to get my loyal audience members into **Black Stallion Oil & Gas at prices below $2.00 per share.**

In my opinion…it should already be trading multiples above that price range. With a 80 Million barrel potential in the heart of a major developing area-play right here on American soil… I believe my early identification of **BLKG's** incredible upside will cement my legacy as a legendary stock picker.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA　　　　　　　　　　　　　　　　000096

My exclusive analysis shows **BLKG** should make an initial move from below $2.00 to the $5 - $7 range – for a quick 330% gain!

Over the longer-term, I see **BLKG** surging toward my estimated prospective oil resource target of $45.15 per share. With a very real potential for a lucrative buyout scenario to unfold.

**I have a proven knack for picking triple-digit winner**s... leaving Wall Street's self-proclaimed experts scratching their heads in disbelief –

...And today, **I am bringing you my latest exclusive pick – Black Stallion Oil & Gas (BLKG)** — I see this stock as a fast-mover...one that could increase the value of your portfolio by several-fold.

It's YOUR Turn...to book the "early" gains by beating Wall Street to the punch! Oil and gas stocks belong in your portfolio as a hedge against the higher energy prices you and your family are sure to face in the future.

As a long-term hedge against rising prices, I recommend owning a few of the large-cap U.S. petroleum producers as part of your overall investment strategy. This is an intelligent way to ensure a solid return on investment down the road.

Now, most importantly...**WHAT YOU REALLY WANT**...is to book the kind of life-changing investment returns only available in the small-cap sector.

And that's precisely where my exhaustive diligence and independent research come profitably into play. My track record of delivering consistent winners in the small-cap arena is legendary.

How do I do it?

By maintaining an unwavering adherence to my proprietary risk/reward ratios. **Black Stallion Oil & Gas** (**BLKG**) fits my strict investment criteria to a "T" and is one of the most exciting energy exploration companies I've seen in a long time.

Thanks to an unbelievably talented management team, this company is advantageously positioned for exponential growth because of the 100 Million barrel potential in Alberta's Basin Bakken Region.

The next round of news on the company's Woodrow Property could instantly send your **BLKG** shares upward by 330%...and later to EVEN HIGHER levels!

Over time, as the company advances its major pending oil resource toward production, the **BLKG** shares you buy today could increase by ten-fold or more while attracting serious buyout attention from any one of the numerous industry behemoths who have already secured neighboring land positions.

Remember: In order to secure the largest percentage gains, you must establish your **BLKG** position immediately...before news of Black Stallion's strong upside reaches the rest of the market.

I firmly believe the only reason Black Stallion's shares are available at current price levels below $2.00 is because the market has yet to take inventory of the company's exceptional petroleum development position. Based on my projections, Black Stallion Oil & Gas is extremely undervalued at current prices.

Begin accumulating your early position in BLKG today...then, stand closely by as I guide you to strategic "Profit-Protect" intervals along the way. Keep in mind I am not interested in sending this information to just any investor.

My mantra has always been to **build a "loyal" following**...and I've been able to accomplish this goal by only sending my proprietary winning strategies and stock picks to astute investors, like you, who take pride in being part of an exclusive group of wealth-builders.

Consider my exclusive recommendation of **Black Stallion Oil & Gas** (**BLKG**) as my gift to you. I am confident this pick will demonstrate...in no uncertain terms...the kind of

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                    000097

high-profit potential stock selections my readers receive on a regular basis.

In short, I'm inviting you to take a ride with me…a journey to a wealthy retirement – and I'd like you to subscribe to my newsletter – **The Wall Street Report**.

**Let's start today with Black Stallion Oil & Gas (BLKG).**

I'm confident you'll want to subscribe to my newsletter and finally begin reaping the kind of consistent gains eluding the vast majority of individual investors.

I want to send you a premium report completely free of charge. Right now.

<u>**I can have it in your inbox in the next 10 minutes.**</u>

But first let me tell you why I am extending this opportunity to you. As I mentioned before ***my name is Chris Porter***. I'm the chief analyst here at the **Wall Street Report**. Now you might be wondering what exactly is the Wall Street Report.



The answer is simple.

The Wall Street Report is a highly regarded group of investors who like to grow their wealth into vast sums, capture thousands of dollars in extra monthly income and enjoy their lives to the fullest, without the burden of financial anxiety.

Once a month or so we'll send our loyal subscribers the simplest and easiest ways to collect money in today's uncertain market, and the success our subscribers have achieved is nothing short of amazing.

For example Steve Gates from Mesa, AZ

added over one hundred thousand dollars to his account. He even reached out to let us know how the Wall Street Report had helped him secure his financial future.

Each month these individuals rely on the <u>Wall Street Report</u> and today I want to share the same opportunity with you.

As soon as you ***enter your email in the box below, I will rush you my full report on*** BLKG.

This premium report has all the information you need to get in on the ground floor. It will even show you our recommended buy prices and how to protect your investment.

   Enter Your Email To Get Free Report         ✔ Sign Up

**Did I mention this report is completely Free?**

And I truly believe it could change your life in the months ahead. When you really get down to it, this is what our recommendations do for you.

We have a great history of helping subscribers protect and grow their wealth in any economic environment.

Of course there's no better proof than the success of our members and the lifestyle they now enjoy.

Take Felix Mendez from Texas for example.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                    000098

Our reports and alerts changed his life. He told us how he was able to quit his full time job at a local factory and just follow the Wall Street Report full time.

Or Samantha Huffman from New York.

After much financial hardship she very nearly had to sell her house before discovering the Wall Street Report. But as a loyal subscriber she has not only managed to get her life back on track, but also begin to start a savings account for her children's college fund.

James Jones couldn't believe how fast he was making money. On his first trade from the Wall Street Report he was able to increase his initial investment by over 25% in less than 30 minutes.

And then there's long time member Dan Phillips. He probably summed up the Wall Street Report best when he said that, as one of the first subscribers to the Wall Street Report, he has managed to make enough money to last him 2 lifetimes!

The simple truth is that our objective is to do the same for you no matter where you want your investment portfolio to be - whether it's one hundred thousand dollars or one million dollars - **The Wall Street Report** is here to help you get there.

Once you sign up I'll rush to send your report **"The US Oil Secret and how to profit from it."** and I'll show you exactly what to do step by step.

Over the past decade the editors in charge were some of the savviest people to ever step foot on Wall Street. We have former insiders analysts, account managers, oil and energy gurus, gold experts and entrepreneurs with analysts industry connections working around the clock.

Much of their work, including my own, will be available to you in an easy to read, no nonsense format. Once a month we'll deliver this award winning research to your inbox.

Inside you'll find our top stock recommendations that have been carefully selected to help you grow your portfolio.

Our track record is a result of his *countless hours finding and analyzing those companies who truly make a difference in our world.*

**Just like BLKG.**

I want to give you the chance to see for yourself. So I'm going to put my money where my mouth is and make subscribing to the Wall Street Report absolutely, **100% free**.

But here's the thing. It won't be long before the general public gets wind of **BLKG**.

There's no time to waste. It's important to understand no organization comes close to our track record and I can prove it to you.

Just keep an eye on my recommendations. If they don't do what I say they're going to do, I'll happily retire this publication.

I really don't know how I can make this any easier.

But one thing I know for sure: if you wait too long the opportunity to get in before everyone else will be gone.

Don't look back on the same opportunity and wonder 'what if'. **Simply enter your email address into the box below to get started.**

Thanks for watching and I look forward to **welcoming you to the Wall Street Report.**

Sincerely,

*Chris Porter*

Chris Porter
May 2015

CONFIDENTIAL TREATMENT REQUESTED BY FINRA　　　　　　　　　　　　　　　　000099

PS: As always…and I cannot stress this enough…speculative investing, although calculated, is an inherently risky endeavor. Only buy what you're comfortable with – and ALWAYS protect partial gains on the way up!

 Enter Your Email To Get Free Report　　

1. Woodrow Prospect 51-101 report, B.L. Whelan, P. Geo., June 30, 2014.
2. http://www.aapg.org/publications/news/explorer/emphasis/articleid/2178/western-montana-bakken-in-play
3. Hillcrest Resources Corporate Presentation, Jan. 2012 & Jan. 2014
4. https://datarooms.ca.bmo.com/Login%20Page%20Document%20Library/ADLibrary/Research/Alberta%20Bakken%20A%20New%20Unconventional%20Tight%20Resource%20Play%20-%20October%202010.pdf
5. http://www.eia.gov/forecasts/steo/report/us_oil.cfm
6. http://www.bloomberg.com/news/articles/2014-07-04/u-s-seen-as-biggest-oil-producer-after-overtaking-saudi
7. http://abcnews.go.com/Business/story?id=3639612
8. Fairfield Sun Times website, Jan. 22, 2013
9. http://www.cnbc.com/id/101276675
10. http://in.reuters.com/article/2012/02/29/idUS163755+29-Feb-2012+MW20120229
11. https://www.moodys.com/research/Moodys-assigns-Ba3-CFR-to-EP-Energy-affirms-debt-ratings--PR_291998?WT.mc_id=NLTITLE_YYYYMMDD_PR_291998
12. http://www.deseretnews.com/article/600131526/Small-oil-firm-may-have-struck-it-rich-in-Sevier.html?pg=all
13. http://www.anadarko.com/content/documents/apc/Operations/ANADARKO_InvestorPresentation_April.pdf

DISCLAIMER: This report is for informational purposes only, and does not represent a solicitation to buy or sell the profiled company's securities, which trade under the symbol BLKG, nor any other securities. WallStreetReport.org is operated by Herwick Ltd. (HL). Neither HL nor its employees are certified financial analysts or licensed in the securities industry in any manner. The information in this marketing piece and any accompanying information is subjective opinion and may not be complete, accurate or current and was paid for directly or indirectly by shareholders of the profiled company who may or will profit as a result of the preparation, publication and distribution of this marketing piece and accompanying information. HL expects to receive $50,000 (FIFIFTY THOUSAND DOLLARS) as a marketing budget for production and distribution of BLKG marketing material from an unaffiliated 3rd party, Pansino Investment Ltd. HL will manage this budget for production and distribution of any marketing materials for BLKG and intends to keep the difference between the budget received and production costs as compensation. HL also expects to garner new subscribers as part of its efforts. This marketing piece contains forward-looking statements that involve risks and uncertainties. This marketing piece contains or incorporates by reference forward-looking statements, including certain information with respect to plans and strategies of the featured Company. As such, any statements contained herein or incorporated herein by reference that are not statements of historical fact may be deemed to be forward-looking statements. Without limiting the foregoing, the words "believe(s)" "anticipate(s)", "plan(s)" "expect(s)" "project(s)" "will" "make" "told" and similar expressions are intended to identify forward-looking statements. There are a number of important factors that could cause actual events or actual results of the Company to differ materially from these indicated by such forward-looking statements. Certain statements contained herein constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and 21E of the Exchange Act of 1934. Such statements include, without limitation, statements regarding business, financing, business trends, future operating revenues and expenses. There can be no assurance that such expectations will prove to be correct. Investors are cautioned that any forward-looking statements made by the Company, or contained in this Report are not guarantees of future performance, and that the Issuer's actual results may differ materially from those set forth in the forward-looking statements. Difference in results can be caused by various factors including, but not limited to, the Company's ability to be able to successfully complete planned funding agreements, to successfully market its products in competitive industries or to effectively implement its business plan or strategies. To reiterate, information presented in this Report contains "forward-looking statements". Any statements that express or involve discussions with respect to predictions, expectations, beliefs, plans, projections, objectives, goals, assumptions, or future events or performance are not statements of historical fact and may be "forward-looking statements." Forward-looking statements are based on expectations, estimates, and projections at the time the statements are made that involve a number of risks and uncertainties which could cause actual results or events to differ materially from those presently anticipated. Forward-looking statements in this Report may be identified through the use of words such as "expects," "will," "anticipates," "estimates," "believes," "may," or by statements indicating certain actions "may," "could," or "might" occur. More information on the Company may be found at http://www.sec.gov; readers can review all public filings by the Company at the SEC's EDGAR page. Chris Porter is a fictional name. The actor writing and performing under this name was compensated solely on a contract basis for participating in this campaign, therefore is not an employee of either Herwick Ltd, Pansino Investment Ltd. or a shareholder in any of the securities mentioned in this video.