HOW ONE TINY **BIOTECH COMPANY** IS BEATING BIG-PHARMA!

SUMMER ISSUE 2016

GENETIC LINK PAVING THE WAY
**ALZHEIMER'S CURE!**

HOW CLOSE ARE WE?

# LIFE SCIENCE

## ALZHEIMER'S

### THE RACE TO CURE

To end Alzheimer's disease, the stakes have never been higher for Big-Pharma — yet, one tiny company may finally be piecing together the highly complex Alzheimer's puzzle!

GENETIC LINK AND THE ROADMAP TO A CURE

GLOBAL COST
**$818 BILLION ANNUALLY**
AND RISING TO
**$2 TRILLION BY 2030!**

BRAIN-GAMES: TOP MINDS IN SCIENCE PLAY HERE!

WE WILL EXAMINE THE $818 BILLION **DEMENTIA EPIDEMIC**... THE EPIC BATTLE AMONG **BIG-PHARMA**... AND A **'SOON-TO-BE-KNOWN'** TINY BIOTECH COMPANY THAT MAY HAVE JUST TAKEN THE LEAD IN THE ALL-OUT RACE FOR A CURE!

## ALZHEIMER'S...

The very word strikes fear in each and every one of us... and it's sharply on the rise. 18 million of us so far... and racing toward 36 million in the next 10 years.[1] *And the odds are NOT in your favor!*

The sobering reality is... whether it's in your family history or not, we all have about a **50/50 chance** of developing Alzheimer's disease by the time we reach our 80's.[5]

**ALARMING FACT** OF THE LEADING CAUSES OF DEATH, **ALZHEIMER'S DISEASE** — NOW NO. 6 IN THE U.S. — IS THE ONLY ONE FOR WHICH THERE IS **NO WAY TO PREVENT IT, CURE IT, OR EVEN SLOW ITS PROGRESSION**...[3]

Yet in the face of perhaps the 21st century's greatest medical challenge, not only has an Alzheimer's cure remained elusive: very few treatments are presently available, and NONE has shown any effect in curing or reversing the progression of this devastating, memory robbing disease.[2]

On a global scale, more than 46 million people now suffer from some form of dementia, and the costs are truly mind-boggling $818 BILLION annually now... and rising to $2 TRILLION annually by 2030![4]

Yet, dollar figures aside, it's the immeasurable human cost that is now reinvigorating brain science's focus on solving Alzheimer's and other forms of dementia for the betterment of humanity.

## DEMENTIA...

Affecting us all...

Dementia is a growing social-economic problem that will likely affect you and me, in one way or another, at some point in our lifetimes.

*Perhaps it already has...*

Beset with a rapidly aging baby boomer population, we've now entered what many are calling the **sandwich generation** wherein an astounding 15% of us are presently caring for a child and an aging parent at the same time.[6]

I see that figure only going higher from here. As noted, we've got 46.8 million people worldwide suffering from dementia at an estimated cost of $818 billion annually and ballooning to $2 trillion annually by 2030.

We'll likely see an additional 9 million new cases this year alone rising to 74.7 million by 2030.[7]

There is, however, hope.

As you will soon discover, medical science is finally beginning to make those crucial breakthroughs in the understanding and potential treatment of neurodegenerative diseases such as Alzheimer's, Parkinson's, and ALS — among others.

A cure for these and other brain disorders may be just around the corner!



**1 IN 2** THE SOBERING REALITY IS...
whether it's in your family history or not, we all have about a 50/50 chance of developing Alzheimer's disease by the time we reach our 80's.

## WHAT IS ALZHEIMER'S?

Alzheimer's disease is an irreversible, progressive brain disorder that robs a person's memory and cognitive ability... eventually deteriorating to where carrying out even the simplest of tasks becomes impossible.

It's a tragic diagnosis afflicting more than 5 million Americans and is the 6th leading cause of death in the United States.[8]

The most common form of dementia in the world today, Alzheimer's is characterized by a buildup of **plaques** in the brain known as **beta-amyloid** with onset of the disease typically occurring past the age of 65.

These plaque-like proteins are thought to be toxic to brain cells [known as neurons] which are key to a person's **memory** and **thinking**.

Most everybody would agree that memory and thinking are the hallmarks of *quality-of-life* — thus, this devastating disease completely robs a person's ability to have any sort of fruitful existence.

Sadly, Alzheimer's can be equally devastating to families, both emotionally and financially, as the disease rips away the health and dignity of a loved one.



**ALZHEIMER'S FACTS AND STATISTICS**

5 MILLION — More than 5 million Americans are living with the disease

DJ-1 — 1 in 3 seniors dies with Alzheimer's or Dementia

Changes in Mood
No cure available
Alzheimer's is the 6th leading cause of death in the U.S.
Confusion • Memory Loss • Communication Difficulties

**CANTABio's novel DJ-1 Protein research could eventually lead to a cure for both Alzheimer's and Parkinson's.**

## SOLVING ALZHEIMER'S
### A New Leader in the Fight

The mass complexity of Alzheimer's disease has baffled medical science for decades — the end result of which is no cure and very few viable treatment options available for patients.

Current drugs on the market — such as Namenda (Forest Laboratories) and Aricept (Pfizer) — have shown some degree of promise in temporarily alleviating symptoms of Alzheimer's by affecting levels of certain brain chemicals. Aricept works by increasing a chemical in the brain called acetylcholine which is important for memory and learning.[9] Namenda blocks a chemical in the brain called glutamate.[9]

YET, no current Alzheimer's drugs on the market have shown any efficacy in reducing the plaque buildups associated with the progression of this devastating and fatal disease.[10]

That could soon change!

New experimental drugs — like those being developed by tiny **CANTABio Pharmaceuticals CTBO** — as well as industry giants like Eli Lilly and Biogen — are taking aim at the plaques themselves by locating beta-amyloid and reducing levels in the brain.



WHILE THE OPPORTUNITY FROM A HUMAN PERSPECTIVE CANNOT BE OVERSTATED... **LIKEWISE, OUR OPPORTUNITY FROM AN INVESTMENT STANDPOINT IS EQUALLY INTRIGUING!**

**CANTABio Pharmaceuticals CTBO** *has every indicator of being a bona fide game-changer in the race to solve Alzheimer's and Parkinson's. Our in-depth look into this exciting company starts* **RIGHT NOW!**

## ➡ NOVEL DJ-1 APPROACH PUTS CANTABIO IN THE LEAD!

**CANTABio Pharmaceuticals CTBO** is taking the neurodegenerative disease market by storm by securing the pole-position over the industry's major players.

As you will soon see, this tiny company has the proverbial leg up on the competition with its focus on the novel **DJ-1 Protein** for both Alzheimer's and Parkinson's research.

CANTABio, formally Gardedam Therapeutics, has already received two major research grants from the **Michael J. Fox Foundation** with initial research conducted in conjunction with the famed Rochet Laboratory at Purdue University and industrial partner NovAlix.[ii]

And, keep in mind that these grants aren't given to just any research company. The investment potential here is literally off-the-charts!







### Alzheimer's Disease
- 48 Million people worldwide have been diagnosed with Alzheimer's[1]
- The World Health Organization projects that number to double by 2025[1]
- Current drugs on the market only treat symptoms[1]
- No disease modifying drugs are available[1]

### Parkinson's Disease
- 5 Million people worldwide have been diagnosed with Parkinson's[1]
- Current drugs on the market only treat symptoms[1]
- No disease modifying drugs are available[1]

---

THIS BIO-SCIENCE REPORT IS A MUST-READ FOR ALL INVESTORS!

# 3 KEY CRITERIA

**CANTABio Pharmaceuticals CTBO** exceeds my 3 Key Criteria for Successful Biotech Investing



1. Focus on Memory-Robbing Disease and $818 Billion Annual Problem
2. Extensive Drug Discovery Pipeline & Clinical Trials Progression
3. Brilliant Scientific Advisory and Management Team

**CANTABio Pharmaceuticals CTBO** could soon solve <u>NOT ONE BUT TWO</u> of the most challenging mental health issues facing humanity: **Alzheimer's** and **Parkinson's**

## ➡ KEY CRITERION #1:
### Focus on Memory-Robbing Disease and $818 Billion Annual Problem

The worldwide neurodegenerative disease market is absolutely massive — $818 BILLION ANNUALLY — and is in a constant state of expansion as we continue to live longer and as baby boomers grow older.

As I noted earlier, Alzheimer's is the No. 6 killer of Americans — yet unlike other major life-shortening diseases, the problem isn't getting smaller... it's getting bigger — MUCH BIGGER!

The alarming truth is... whether it's in your family or not... ANYONE can get Alzheimer's disease.[5] In fact, each and every one of us has a nearly 50% chance of developing Alzheimer's by age 85.[5]

That's quite the sobering statistic...

*MEDICAL SCIENCE MUST FIND A CURE!*



Somewhat similar to Alzheimer's...Parkinson's is a progressive disease of the nervous system marked by tremor, muscular rigidity, and slow, imprecise movement — chiefly affecting middle-aged and elderly people.

The disease is associated with degeneration of the basal ganglia of the brain along with a deficiency of the neurotransmitter dopamine.

Most Americans associate actor Michael J. Fox of *Back to the Future* fame with Parkinson's as a highly visible advocate for a cure.

As I noted earlier, the Michael J. Fox Foundation awarded CANTABio [formerly Gardedam Therapeutics], in collaboration with Prof. C. Rochet Ph.D. from Purdue University, two Rapid Response grants to support **CTBO's** small molecule therapeutic project targeting the DJ-1 Protein.

This is an incredibly significant accomplishment for a tiny biotech company, and it gives me even greater confidence in **CTBO** from an investment perspective. The fact that **CTBO** passed the extensive dilligence process of this globally recognized charitable foundation gives me investor confidence and should give you the same feeling.



ON A GLOBAL BASIS, OVER **46 MILLION** PEOPLE SUFFER FROM SOME FORM OF DEMENTIA; THE ESTIMATED ANNUAL COST: **$818 BILLION** → RISING TO $2 TRILLION BY 2030!

EVERY INVESTOR needs to be taking a close look at what **CANTABio Pharmaceuticals CTBO** is accomplishing in the realm of Alzheimer's and Parkinson's research.

This tiny company... *which Wall Street has yet to notice*... could very well beat Big-Pharma to the cure — save millions of lives — and make early investors immensely rich in the process!



Could Alzheimer's & Parkinson's **BE SOLVED?!**

Company: **CANTABio Pharmaceuticals**

Trading Symbol: **CTBO**

Rating: **Urgent Buy**

Buy Recommendation: **Up to $5.50**

Initial Target: **$9.50**

Long Term Target: **$22.75**

Next Step: **Buy CTBO NOW!**

Case 1:22-cr-00155-PAE   Document 62-3   Filed 05/14/25   Page 4 of 9



**IMAGINE...**
what a revenue stream like that would do for a tiny company like **CTBO** with its miniscule market-cap and undervalued price tag!

### ➡ So, how much would a breakthrough Alzheimer's drug be worth?

Analysts are now saying that a successful drug for this memory-robbing disease could rake in **$20 BILLION in sales annually.**[12]

Imagine what a revenue stream like that would do for a tiny company like **CTBO** with a tiny minuscule market-cap - could easily turn an investment!

We're talking exponential gains here.

As I'm about to show you... the high-flying biotech sector is known for these types of earth-shattering winners such as **MDVN's 11,000% upsurge**[13] and **BIIB's 6,334% escalation!**[14]

**CANTABio Pharmaceuticals CTBO** — with its deep talent pool and novel DJ-1 Protein approach — commands my Strongest-Buy rating up to $5.50 per share. Jump on this one now... quickly!

### ➡ KEY CRITERION #2:
### Extensive Drug Discovery Pipeline & Clinical Trials Progression

**CANTABio Pharmaceuticals CTBO** is focused on developing therapeutic candidates for Alzheimer's, Parkinson's, and other neurodegenerative diseases — and they're doing it through multiple drug candidates.[15]

I consider this to be the most important criterion in terms of successful biotech stock investing.

Nothing... and I mean nothing... can erode trading capital faster than a negative clinical result on a drug in instances where a company has no other candidates with which to push forward to clinical trials.

Hence, for me to bring a biotech stock recommendation to my loyal audience members, the company MUST have a strong suite of drug candidates in the development pipeline.

**CTBO** fits this strict investment criterion to a **"T."**



**CANTABio** is targeting the **DJ-1 Protein** for the development of disease modifying therapeutics for Alzheimer's and Parkinson's

As a result of recent scientific studies, it has been found that the DJ-1 Protein is genetically linked to Alzheimer's, Parkinson's, and other neurodegenerative diseases.[16]



### CANTABio's CEO, Dr. Gergely Tóth:
*"With recent research establishing a genetic link between the DJ-1 Protein and familial and sporadic Parkinson's disease, Alzheimer's disease, and other neurodegenerative diseases, we are particularly focused on rapidly advancing into clinical trials our novel DJ-1 Protein therapeutic candidates."*[16]



**EXTENSIVE DRUG PIPELINE**

The truth is... many, many biotech companies focus on a **single drug candidate.**

It's beyond risky from an investment standpoint. Whereas a biotech stock may initially move upward on early positive clinical results — it can come crashing down EVEN QUICKER when that news turns negative and the medicine cabinet is found to be bare.

**To me, CANTABio's impressive drug candidate diversification negates any such concern.**

I have complete confidence in the **CTBO** team's ability to bring a successful Alzheimer's and/or Parkinson's drug to market while building solid shareholder value going forward.

#### And here's why:
CANTABio Pharmaceuticals is NO newcomer to the biotech arena: the company has a 7-year operating history and came about via a merger with Gardedam Therapeutics, Inc.[16]

CANTABio is deploying an exclusive focus on the discovery and development of Gardedam's **extensive drug pipeline for neurodegenerative diseases** such as Alzheimer's and Parkinson's.[16]

As noted, prior to the merger, **The Michael J. Fox Foundation awarded Gardedam Therapeutics**, in collaboration with Prof. C. Rochet from Purdue University, two Rapid Response grants in support of the company's small molecule therapeutic project targeting the DJ-1 Protein.

These grants funded the mechanism of action and structural biology characterization of the interaction between the company's novel and biologically active small molecules with DJ-1.[17]

### *Now bear in mind... I'm no scientist and I'm assuming you're not either!*

Hence... I'll spare you all the technical mumbo-jumbo associated with DJ-1... other than to discuss its potential significance in solving neurodegenerative diseases such as Alzheimer's and Parkinson's.

### ➡ DJ-1 Protein May Hold the Key to a Cure!

Medical research has determined that "loss of" and "reduced function" of the DJ-1 Protein is linked to the onset of a variety of diseases including Parkinson's, Alzheimer's, stroke, ALS, chronic obstructive pulmonary disease, and type II diabetes.[17]

The DJ-1 Protein is considered to be **one of the primary therapeutic targets** for Parkinson's disease as it is genetically linked to the onset of "familial" Parkinson's disease — and loss of its functions is associated with triggering "sporadic" Parkinson's disease.[18]

## CANTABIO IS CURRENTLY IN PRECLINICAL STAGES ON 3 SEPARATE DJ-1 PROTEIN STUDIES[18]

#### Here's a brief overview of what's happening RIGHT NOW:
**CB101 & CB102** From among CANTABio's novel DJ-1 binding compounds, selected compounds (including drug candidates CB101 and CB102) have been shown to have a therapeutic effect in primary neuronal models, as well as in vivo models, of Parkinson's disease.[19]

CANTABio's CB101 and CB102 chaperones (e.g. small molecules that enter cells) may reduce the harmful effects of oxidative stress by stabilizing the DJ-1 Protein.[19]

Moreover, CB101 and CB102 may directly interfere with DJ-1 oxidative stress by preventing over-oxidation of a critical amino acid required for DJ-1 function.[19]

**CB201** The CB201 program is focused on supplementing low levels of active DJ-1 in the brain in conditions such as Parkinson's disease. Delivering DJ-1 into the brain has been made possible by fusing DJ-1 with a cell-penetrating peptide.[20]

## ➡ What does all this mean?

*It means...* CANTABio Pharmaceuticals is on the right-track!

The key point to understand is that the dysfunctional nature of **oxidative stress** and **protein misfolding** represent the two leading causes of Alzheimer's disease and have been linked to the onset and progression of Parkinson's disease.[20]

### OXIDATIVE STRESS & PROTEIN MISFOLDING



Oxidative stress and inflammation can damage nerve cells (neurons).

**Dead Neurons**
**Neurons Under Attack**
**PROTEIN UNFOLDED**
**PROPERLY FOLDED PROTEIN**
**PROTEIN MISFOLDING**

In response, the CANTABio scientific team is deploying a unique protein delivery system that fosters the transport of the DJ-1 Protein into a patient's brain for the purpose of →



- Enhancing DJ-1 Activity[20] ✓
- Reducing Oxidative Stress[20] ✓
- Reducing Protein Misfolding[20] ✓

The door is now wide open for CANTABio to make industry-wide headlines. I predict that once Wall Street catches up to what I'm showing you today, *all bets are off* and this stock **CTBO** is heading many multiples higher!

Make sure YOU get in early and low: **Buy CTBO immediately up to $5.50 per share.**

## ONE OF THE LARGEST BIOTECH IPO's... EVER!



Last summer, investors witnessed one of the largest-ever IPO's for the biotechnology sector: Axovant Sciences (AXON). Selling 21M shares at $15 apiece and raising an eye-popping $315M at a $1.4B valuation, AXON nearly doubled on its first day of trading ballooning to around a $3B market-cap.

Yet, while this IPO-for-the-ages confirms the immense appetite the market currently has for Alzheimer's focused companies, it also underpins the aforementioned warning signs of investing in "single-drug-focused" biotech companies.

**Here's the untold story you need to hear...**

Axovant is led by 30-year-old former hedge fund manager Vivek Ramaswamy. In December 2014, he engineered the purchase of an experimental Alzheimer's drug, RVT-101, from GlaxoSmithKline for just $5 Million (Yes, Axovant is now worth over $1.2 Billion!).

This may all sound like good business... YET the problem, from an investor standpoint, is this: GlaxoSmithKline gave up on RVT-101 after it failed in no less than FOUR clinical trials. Making matters all the more curious, RVT-101 is the only drug in the Axovant pipeline.

I see the Smart-Money following **CANTABio CTBO**. Here we have an extremely well-run Alzheimer's/Parkinson's focused company trading at a fraction of other industry players such as AXON. Plus, **CTBO** continues to raise its profile as an attractive buyout candidate with its multiple drugs in the development pipeline. AXON — with its deep pockets and single drug candidate — NEEDS a robust drug discovery pipeline and may ALREADY be eyeing CANTABio as a potential acquisition target. Such a scenario would undoubtedly be a huge win for early **CTBO** shareholders who climb onboard now.

## ➡ KEY CRITERION #3:
### Brilliant Scientific Advisory and Management Team

Progressive neurodegenerative diseases such as Alzheimer's and Parkinson's are truly cataclysmic — and not just for the 23+ Million people afflicted worldwide.

Families are often strained to the max by the immense challenges of caring for loved ones suffering the effects of these debilitating ailments.

> *Yet, with every problem,*
> *there exists a silver lining...*

And, in the case of Alzheimer's and Parkinson's — **that silver lining is the bringing together of the brightest minds in medical science.**



Company: **CANTABio Pharmaceuticals**
Trading Symbol: **CTBO**
Rating: **Urgent Buy**
Buy Recommendation: **Up to $5.50**
Initial Target: **$9.50**
Long Term Target: **$22.75**
Next Step: **Buy CTBO NOW!**

**CANTABio PHARMACEUTICALS**

### ➡ CTBO: Scientific Dream-team


**UNIVERSITY OF CAMBRIDGE**

CANTABio Pharmaceuticals **CTBO** has assembled a veritable dream-team of medical professionals and may soon emerge as the leader in the race to solve Alzheimer's and Parkinson's.

CANTABio's impressive leadership team came together at the prestigious University of Cambridge, England. Each **CTBO** team member brings impressive experience, coupling successful scientific, academic, and business achievements with wide ranging industry experience.

### HERE'S A BRIEF OVERVIEW OF THE TEAM THAT COULD SOON REVOLUTIONIZE THE SCIENCE OF THE BRAIN

**DR. GERGELY TÓTH, PH.D., M.B.A. | FOUNDER & CEO**
Dr. Tóth founded Gardedam Therapeutics in Palo Alto, California, in 2009 and is the Founder and CEO of CANTABio Pharmaceuticals. Dr. Tóth is affiliated with the Wolfson Brain Imaging Centre at the University of Cambridge, England, and as well with the Research Center for Natural Sciences at the Hungarian Academy of Sciences, Hungary, as head of the Research Group for Neurodegenerative Disease Drug Discovery.

He received his Ph.D. from the Department of Biomedical Sciences at Creighton University in 2001 and earned an Executive MBA in 2012 from the Judge Business School at the University of Cambridge, England. Dr. Tóth previously held various research roles in small and global biopharmaceutical companies in the U.S. where he pursued drug discovery research for Parkinson's disease and Alzheimer's disease.

**PROFESSOR PETER ST. GEORGE-HYSLOP, M.D., F.R.S., F.R.S.C., F.R.C.P.C. | ADVISOR**
Dr. George-Hyslop's research focuses on understanding the causes and molecular mechanisms of neurodegenerative diseases such as Alzheimer's and Parkinson's. Since 1995, he has served as the director of the Tanz Centre for Research in Neurodegenerative Diseases at the University of Toronto and in 2007 was appointed Professor of Experimental Neuroscience at the University of Cambridge, England.

**PROFESSOR JEAN-CHRISTOPHE ROCHET | ADVISOR**
Professor Rochet received his Ph.D. from the Department of Biochemistry at the University of Alberta, Canada, and in 2002 joined the Department of Medicinal Chemistry and Molecular Pharmacology at Purdue University. His research focuses on understanding the mechanisms of Parkinson's disease by characterizing disease-related gene products (DJ-1 Protein) in the development of new therapeutic strategies.

*This is a team you want to follow... to invest in!*
*You can read more about the entire CANTABio team at www.CANTABio.com*

**A Brilliant R&D Strategy**

## CANTABIO IS A GLOBAL BIOTECH COMPANY WITH CURRENT OPERATIONS IN PALO ALTO, CALIFORNIA; CAMBRIDGE, ENGLAND; AND BUDAPEST, HUNGARY, WHERE THE COMPANY CONDUCTS IN-HOUSE R&D IN STATE-OF-THE-ART LABORATORY FACILITIES: [21]

- Critical elements of **CTBO**'s drug discovery pipeline are handled in-house[21]
- Strategic alliances are in-place around **CTBO**'s novel technologies[21]
- **CTBO**'s generic research activities are outsourced to established contract research organizations[21]

This intelligent balancing of in-house and outsourced R&D enables the company to maintain a high level of operational efficiency as well as a highly effective use of funds while ensuring development and operation of key technologies in-house.



### ▶ Profit-Driving News!
#### A Few Key Highlights **CTBO** Investors can look forward to in 2016:

- CANTABio has funding in place for further in vivo trials for its CB101 and CB102 programs and to further develop its cell penetrant candidate CB201 ready for in vivo trials [22]
- Negotiations are in progress for in-licensing of a further novel therapeutic program for Alzheimer's disease with a major academic partner [22]
- Development of a further therapeutic program for Alzheimer's with an industrial collaborator is in progress [22]
- CANTABio has plans to raise significant capital to accelerate its development pipeline of highly promising drug candidates toward clinical trials [22]
- **CTBO** will continue to seek strategic partners to assist in developing its key programs while pursuing its internal technical programs through targeted, high-quality research [22]
- Announcements are expected pertaining to the acquisition of further therapeutic programs, which are currently in an advanced stage of negotiation [22]

### ▶ The Tony Coles Effect
#### From Cancer Research to Alzheimer's

A story worth noting is that of Tony Coles — the chief executive who sold cancer drug company Onyx to Amgen for **$10.4 BILLION in 2013**!

As you might imagine, Tony could have pretty much called his own shot anywhere in the cancer drug industry on the heels of that success. Yet...*what is he doing now?* Tony is using his own money [he personally made $60 Million on the Onyx deal] to build a neuroscience startup called Yumanity.





*"We've got 50 Million people around the world suffering from these diseases, $650 Billion in economic costs, and lots of families like mine that have been affected."* [25]
— Dr. Tony Coles, CEO, Yumanity



Interest is already brewing from Big-Pharma. Coles says he chose to attack brain diseases [as opposed to cancer tumors] because the need is so dire and the science is so fresh.

This is the same mantra CANTABio is following: the reboot is here — and new breakthroughs for these life-shortening diseases may be right around the corner!

### ▶ Massive Gains in the Biotech Arena
#### CANTABio Pharmaceuticals **CTBO** may be NEXT!

The biotech sector is well-known for delivering triple-digit, quadruple-digit, and even quintuple-digit stock winners.

In fact, it's not uncommon for a biotech company to go from relative unknown status and zero revenues to $Billions in market value in near overnight fashion. It's the nature of the game for biotechs and it holds true for my #1 pick — **CANTABio Pharmaceuticals CTBO**.

The majority of biotech companies start off as primarily research and development firms with little or no revenues (CANTABio fits this precise model).

*Then...*

RESEARCH leads to discovery → DISCOVERY leads to clinical trials → CLINICAL TRIALS lead to breakthrough drugs that can be brought to the global marketplace to the delight of early shareholders.

**Right place, Right time:**

### ▶ Could CTBO be the Next BIG Pharma Takeover Target...???

Small-cap biotechs like **CANTABio CTBO** can move up very quickly with early shareholder gains expanding exponentially on major industry buyout news!

**Oftentimes, the ball can get rolling with a simple patent application, the granting of a patent, or positive testing results leading to clinical trials.**

Take for instance Cougar Biotechnology — a small cancer-focused biotech firm that started out on the OTC QB (back in April 2006) much like **CTBO**. Cougar rapidly garnered the attention of industry leaders such as Johnson & Johnson as it headed into Phase-3 trials for the treatment of prostate cancer.

Johnson & Johnson pounced on Cougar for around **$1 BILLION** in cash in July of 2009 at a price tag of $43 per share—simultaneously strengthening their position in oncology while gaining Cougar's immense talent pool.

Naturally, at a whopping **$43 per share** and just 3 years following Cougar's OTC QB merger in 2006, this acquisition translated to a HUGE WIN for early Cougar investors who held onto their position following the stock's initial financing from the $4.50 per share level.

In between Cougar's OTC merger and the Johnson & Johnson takeover, Cougar graduated to the NASDAQ (December 2007) and also raised capital at $9 a share—providing yet another major win for shareholders who held on from $9 to $43 per share.

All in all, Cougar's impressive ascent from the OTC QB to the NASDAQ and ultimately to its acquisition by Johnson & Johnson took just 3 years and 3 months! *That's FAST!*

### ▶ Can it happen *FASTER* for CTBO?
#### I say, YES!

In today's neuroscience revitalization, **CANTABio CTBO** is operating in the proverbial sweet spot of the medical industry with its Alzheimer's and Parkinson's focus. I see any number of big players...including the likes of **Biogen, Eli Lilly, and Celgene**...potentially zeroing in on **CTBO** as a key acquisition target in the near-term.

Just like Johnson & Johnson's acquisition of Cougar — a buyout of CANTABio by an industry behemoth has **mega-potential** written all over it and could result in a major wealth accumulation windfall for early **CTBO** investors who exercise foresight and remain patient.

**One thing's for certain:** To be in position for the pending payoff — you need to be buying **CANTABio CTBO** now while it's still within our strategic buy-window below $5.50 per share.

### ▶ The Smart-Money is on Biotech!
#### Here are a few biotech winners



**Medivation** (NASDAQ: MDVN) tops my list of biotech winners (the company collaborated with Pfizer on a treatment) with long-term gains of more than **11,000%**! [13]



**Biogen** (NASDAQ: BIIB) soared **6,334%** most notably on the success of its multiple sclerosis drugs, Avonex and Tysabri, with strong clinical data on a new treatment for MS. [14]



**Celgene Corporation** (NASDAQ: CELG) rose **6,244%** primarily on the success of its drugs for treating multiple myeloma — a type of blood cancer. [14]



## → Industry Reboot:
### Renewed Focus on the Brain!



With the multitude of successes in cancer research over the last decade or so — it's oftentimes easy to forget that the modern drug business was primarily built on brain medicines:

Valium or Diazepam (which *The Rolling Stones* famously coined "Mother's Little Helper") was the first blockbuster brain drug... selling billions upon billions of tablets — and Prozac literally defined the biotech industry throughout the 1990s.

But stagnant science in the brain-realm soon led many of the industry's biggest players — including GlaxoSmithKline, Bristol-Myers Squibb, and AstraZeneca — to flee neuroscience even in the face of an aging population rife with numerous forms of dementia.

#### NueroPerspective

From around 2009 to 2013, the number of drugs being developed by top-tier drug makers for brain and nervous system disorders fell by nearly half — according to industry newsletter *NeuroPerspective.* [24]

Yet today, thanks to key scientific advances in genetic sequencing and DNA editing technologies, the neuroscience sector is in the midst of a dramatic upswing.

In 2014 alone, investors poured **$3.3 BILLION** into companies developing drugs for brain-destroying or psychiatric illnesses — more than in any time in the last decade, according to *NeuroPerspective.* [24]

## CANTABio Pharmaceuticals CTBO
## COMMANDS MY STRONGEST-BUY RATING

CANTABio Pharmaceuticals **CTBO** could emerge as the big winner in the race to end Alzheimer's and Parkinson's with its focus on the novel DJ-1 Protein.

*And don't get me wrong...* with the global cost of dementia projected to reach $2 Trillion by 2030, there's plenty of room for major treatment breakthroughs from Big-Pharma.

We've discussed Biogen and Eli Lilly: these two biotech giants are no doubt making solid advancements in Alzheimer's treatment research — and I see absolutely nothing wrong with picking up a few shares.

Just be mindful that Biogen trades north of $275 with a $60B market-cap at around $8B in annual revenues — and Eli Lilly costs about $80 a share at an $80B market cap with around $20B in annual revenues.

Remember, analysts are projecting that a successful Alzheimer's drug could rake in about $20 Billion in annual revenues — thus, for Eli and Biogen, we're likely looking at the potential for a share-price double... AT BEST.

All of the major players — including Biogen, Eli Lilly, and Axovant — have TONS of cash at their disposal for strategic acquisitions. Eli and Biogen spend $Billions every year. A buyout of CANTABio...??? To me, this is one of the easiest no-brainers of all-time.

My strongest recommendation is that you secure your early position in **CTBO** right now... then stand closely by for what should prove to be a very profitable ride."

## → Biogen and Eli Lilly: Game on!

Two multi-$Billion industry titans who are aiming for major drug breakthroughs in the treatment of Alzheimer's are Biogen ($60B market-cap) and Eli Lilly ($85B market-cap).

**Biogen** Biogen's current Alzheimer's drug — **aducanumab** or "adu" for short — is in Phase-3 clinical trials: the drug has proven to reduce amyloid plaque and is helping to reenergize the field of Alzheimer's treatment. [26]

*Lilly* Eli Lilly has its horse in the race with its drug candidate **solanezumab** or "sola" for short — also in Phase-3. [26]

Eli Lilly's sola displayed consistently better results the longer patients took the drug — while Biogen's adu showed it yielded stronger efficacy the higher the dose.

Both drugs — which aim to clear amyloid plaque buildups from the brain in an effort to slow Alzheimer's cognitive declines — could potentially hit the market in 2018.

Last summer, Biogen reported that adu yielded stronger efficacy the higher the dose and that it significantly cleared amyloid plaques from the brain — yet the drug failed to show statistical significance on two measures of cognition.

Around the same time, Eli Lilly reported data from a follow-on study of two of its earlier trials for sola. The company continued testing the medicine on earlier-stage patients, and in this analysis, switched the patients who had taken placebo onto the drug as well.

Known as a delayed-start analysis, the study compared patients who started 18 months later with those taking the drug all along. In the results, Eli Lilly showed that patients who started later failed to catch up with those taking the drug for longer but maintained a consistent difference on measures of cognition.

Eli Lilly believes the results support the design of a large late-stage study, expected to conclude sometime this year, which may be the basis of filing for regulatory approval.

These recent successes by Biogen and Eli Lilly — among others — bode well for **CANTABio Pharmaceuticals CTBO** in its DJ-1 Protein research for the treatment of Alzheimer's and Parkinson's.

The cream always rises to the top... and I continue to be impressed with CANTABio Pharmaceuticals CTBO not only as an emerging biotech firm with unlimited upside but also as a bona fide takeover target. To recap, CTBO has assembled an impressive team of world class scientists — we're talking about prestigious alliances including the University of Cambridge, England; Rochet Laboratory, Purdue University; and the Michael J. Fox Foundation. Why would all these big names be involved if CANTABio wasn't a proven winner?

> *"Like cancer, once you understand the disease, you have hope for making drugs."* [24]
> — Dr. Mark Fishman, head of Novartis' $10 Billion research operation

## → Life-Changing Gains Are Possible!

Now... just think about what $20 Billion in annual revenues would mean for an emerging biotech company like **CANTABio Pharmaceuticals CTBO**!



**CTBO** — currently below my buy up to window of $5.50 with a tiny minuscule market-cap — could easily turn an investment of $10,000 into $65,833.33 in just a very short period of time based on the success of its DJ-1 R&D.

During my exhaustive research of the biotech sector, CANTABio quickly rose to the top with its dual focus on Alzheimer's and Parkinson's.

From an investment standpoint, that gives me a TON of confidence... and it doesn't hurt either that the Michael J. Fox Foundation also seems to concur that this tiny company may be onto something absolutely huge.

### *It bears repeating...*

On 21 December 2015, CANTABio's CEO, Dr. Gergely Tóth, had this to say via official press release:



### INDUSTRY

In 2014 alone, investors poured $3.3 BILLION into companies developing drugs for brain-destroying or psychiatric illnesses — more than in any time in the last decade!

### CANTABio's CEO, Dr. Gergely Tóth:

*"With recent research establishing a genetic link between the DJ-1 Protein and familial and sporadic Parkinson's disease, Alzheimer's disease, and other neurodegenerative diseases, we are particularly focused on rapidly advancing into clinical trials our novel DJ-1 Protein therapeutic candidates."* [16]

To me, this means investors can reasonably expect a steady stream of profit-driving news from CANTABio over the coming quarters as significant milestones are attained.

And, as you'll recall from earlier in this **Bio-Science Report** — **CTBO** has already alerted the investment community to several key developments in the works right now.

I would not be surprised in the least if we see an **reach the buy recommendation of $5.50 per share** in the coming months as "next-round" news is released.

**But... first things first!**

In order to be in the game — you must own **CTBO**. I'm setting an initial buy-ceiling of $5.50 per share — so act decisively before all the cheap shares are snatched away.

### *I don't want you to end up kicking yourself later for missing out!*

So, begin your own due diligence on CANTABio Pharmaceuticals now — I'm confident you will agree that **CTBO** holds strong upside from current price levels.

Remember, with EVERY stock situation, it is imperative that you follow our stated mantra of protecting partial gains on the way up. I'll also be announcing specific profit intervals each step of the way that you can follow at www.BioScienceReport.com.

Sincerely,
**Cooper Stevens**
**Editor, The Bio-Science Report**





This ground floor opportunity has immense potential to boost the value of your portfolio this year and over the longer-term. With its novel DJ-1 approach to solving Alzheimer's and Parkinson's, multiple drugs in the development pipeline, and expert scientific team — I see **CTBO** as the best way to participate in this robust market sector. Show my report to your broker — everything here is easily verifiable through publicly available sources. I'm certain he or she will agree that **CTBO** should be a part of your well-diversified portfolio. Buy it at the market today.

---

# SUBSCRIBE TO THE BIO-SCIENCE REPORT TODAY

Take advantage of the exclusive research and analysis of Cooper Stevens, editor of the *Bio-Science Report*. With the *Bio-Science Report* you will discover new and exciting stock opportunities from companies that are quietly flying under the radar of Wall Street and the financial media. Just one winner from Bio-Science Report could dramatically change your financial position for the better. Subscribe today.

 YES! I want to learn more about under-the-radar stocks (like **CANTABio Pharmaceuticals CTBO**) that are on the verge of explosive growth. Please start my 1 year subscription of 12 issues plus updates delivered to me via email for just $295US.

## SUBSCRIBE NOW, SAVE 60%

A two-year subscription to Bio-Science Report for just $413! That's a savings of 60% on your second year!

NAME: _____

ADDRESS: _____

CITY: _____

STATE: _____ ZIP: _____ PHONE: _____ (Optional)

EMAIL: _____

*Please complete this form, write your email address very clearly, and mail along with a check for $295 US payable to the "Bio-Science Report" to the address below. Thank you.*

**Mail to: Bio-Science Report | P.O. Box 549 | Christmas, FL 32709**

---

1. http://www.cantabio.com/about/market-need
2. http://en.wikipedia.org/wiki/Alzheimer's_disease
3. http://fortune.com/2015/04/23/alzheimers-drug-research/
4. Alzheimer's Disease International - World Alzheimer's Report 2015
5. manashriver.com/blog/2015/11/3-myths-about-alzheimers-disease-kenneth-kosik/
6. http://www.reuters.com/article/us-usa-election-clinton-idUSKBN0U51N920151223
7. http://www.alz.co.uk/news/world-alzheimer-report-2015-reveals-global-cost-of-dementia-set-to-reach-usd-1-trillion-by-2018
8. https://www.alz.org/facts/downloads/facts_figures_2015.pdf
9. http://www.bramline.org/content/2014/09/can-the-drugs-namenda-and-aricept-help-after-brain-in.html
10. http://www.alz.org/research/science/alzheimers_treatment_horizon.asp
11. http://www.cantabio.com/about/awarded-grants
12. http://www.cnbc.com/id/101011893
13. http://www.fool.com/investing/general/2013/07/23/the-best-performing-biotech-stocks-of-the-last-dec.aspx
14. http://www.marketwatch.com/story/the-10-best-stocks-of-the-past-20-years-1331582653834
15. http://www.cantabio.com/scientific-approach/pipeline
16. https://globenewswire.com/news-release/2015/12/21/797394/0/en/CANTABio-and-Gardedam-Therapeutics-complete-Merger-to-Tackle-Development-of-Novel-Therapeutics-for-Alzheimer-s-and-Parkinson-s-Disease.html
17. http://www.hindawi.com/journals/omcl/2013/683920/
18. http://www.cantabio.com/scientific-approach/therapeutic-targets
19. http://www.cantabio.com/scientific-approach/dj-1-pharmacological-chaperones
20. http://www.cantabio.com/scientific-approach/engineered-cns-penetrant-dj-1-protein
21. http://www.cantabio.com/about/overview
22. http://c.eqcdn.com/_6641ee8ae79f534a8b9204d58d7bf736/cantabio/db/224/455/pdf/Cantabio+slide+deck+Dec+2015.pdf
23. http://www.forbes.com/sites/matthewherper/2015/02/11/brain-boom-the-drug-companies-bringing-neuroscience-back-from-the-brink/#4359ca5252a2
24. http://www.cnbc.com/2015/07/22/the-alzheimers-results-are-in-how-biogen-and-eli-lilly-stack-up.html
25. http://www.forbes.com/sites/matthewherper/2014/12/15/biotech-entrepreneur-tony-coles-takes-aim-at-parkinsons-and-alzheimers/#16b834346e8b

IMPORTANT NOTICE AND DISCLAIMER: This stock profile should be viewed as a paid advertisement. The Bio Science Report is published by Kyne Ltd. In an effort to enhance public awareness of Cantabio Pharmaceuticals Inc. ("CTBO") and its securities through the distribution of this advertisement, Akamu Media is, or intends to be in the future, directly or indirectly, a CTBO shareholder as it has no meaningful way to verify such facts. Readers should take this into consideration in evaluating bias. The name Cooper Stevens is a pseudonym for the editor who was paid $7,500 for his/her contributions to the report. If successful, this advertisement will increase investor and market awareness, which may result in increased numbers of shareholders owning and trading the common stock of CTBO, increased trading volumes, and possibly increased share price of CTBO's common stock. This publication is not, and should not be construed to be, an offer to sell or a solicitation of an offer to buy any security. This publication, its publisher, and its editor do not purport to provide a complete analysis of any company's financial position. The publisher and editor are not, and do not purport to be, broker-dealers or registered investment advisors. This publication is not, and should not be construed to be, personalized investment advice directed to or appropriate for any particular investor. Any investment should be made only after consulting a professional investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Further, readers are advised to read and carefully consider the Risk Factors identified and discussed in the advertised company's SEC filings. Investing in securities, particularly micro cap securities such as CTBO, is speculative and carries a high degree of risk. Past performance does not guarantee future results. This publication is based exclusively on information generally available to the public and does not contain any material, non-public information. The information on which it is based is believed to be reliable. Nevertheless, the publisher cannot guarantee the accuracy or completeness of the information. This publication contains forward-looking statements, including statements regarding expected continual growth of the featured company and/or industry. The publisher notes that statements contained herein that look forward in time, which include everything other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include the size and growth of the market for the company's products and services, the ultimate degree of success in the company's drug development in the near term and long term, etc. The Bio Science Report is the publisher's trademark. All other trademarks used in this publication are the property of their respective trademark holders. The publisher is not affiliated, connected, or associated with, and is not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by the publisher to any rights in any third-party trademarks.

Bio-Science Report
P.O. Box 549
Christmas, FL 32709

PRSRT STD
U.S. Postage
PAID
Aberdeen, SD
Permit #200

```
***********AUTO**5-DIGIT 22204    351009A
                                  T2973  P1
KEVIN HEISLEY
128 S HUDSON ST
ARLINGTON VA 22204-1805
```

**BIOTECH PROFIT ALERT** — WE WILL EXAMINE THE $818 BILLION **DEMENTIA EPIDEMIC...**

THE EPIC BATTLE AMONG **BIG-PHARMA...** AND A **'SOON-TO-BE-KNOWN'** TINY BIOTECH COMPANY THAT MAY HAVE JUST TAKEN THE LEAD IN THE ALL-OUT RACE FOR A CURE!

