Exhibit D – Cyberfort Group Chat with Ron Bauer, Kenneth Ciapala, and Tim Page

| Sender | Message | Date |
|---|---|---|
| Ron Bauer | We made an agreement last week and you again try to change it and now you are making threats, I am sorry but if you don't honor the agreement we made last week, which is in your favor and one I agreed to, I am not sending the nobo list, you can stop the phone room and lose my number! I have had enough here! I am making fuck all on this deal and spending far too much time here and now you don't even want to let me and my partners take our measly 35% of 50%? Have you lost your fucking mind buddy? | 2/6/2017 |
| Ron Bauer | I have had enough Kenneth | 2/6/2017 |
| Ron Bauer | Sorry | 2/6/2017 |
| Ron Bauer | I am already getting fucked here and now a second time | 2/6/2017 |
| Ron Bauer | You don't have my permission to send any money out until we settle this today! | 2/6/2017 |
| Ron Bauer | Not phone room, nothing, nobody | 2/6/2017 |
| Ron Bauer | I represent 50% like Tim so I am stopping all money out too! No one gets a penny until we resolve this | 2/6/2017 |
| Ron Bauer | The agreement we made last week was in favor of Tim and we agreed to that | 2/6/2017 |
| Ron Bauer | Once that agreement is honored by Tim I will release the NOBO lists | 2/6/2017 |
| Ron Bauer | The agreement was that Tim gets 65% of proceeds until $500k and we get 35% | 2/6/2017 |
| Ron Bauer | Then it goes 50/50 | 2/6/2017 |
| Ron Bauer | Even though it should have been 35/65 | 2/6/2017 |
| Ron Bauer | I made a further concession | 2/6/2017 |
| Tim Paige | I have not lost my mind and I don't warrant that sort of language. I have not changed the deal from last week but I expect it to be honoured in its entirely. Not just piecemeal. In its entirety! We will only sort this out if we actually speak to each other and if we are upfront and honest with each other. Then and only then do we have a chance of sorting this out. I will call you shortly. | 2/6/2017 |
| Ron Bauer | Let's talk shorty and figure it out | 2/6/2017 |
| Ron Bauer | Call me Tim | 2/6/2017 |
| Ron Bauer | Tim - call me | 2/7/2017 |
| Tim Paige | Guys we need to talk. ASAP. I have send funds to phone room today and if I do I need your confirm that I am reimbursed first for funds sent to phone room from my personal funds | 2/7/2017 |
| Ron Bauer | Of course | 2/7/2017 |

| Tim Paige | This is becoming a nightmare!!! | 2/7/2017 |
| Tim Paige | R call me when you can please | 2/7/2017 |
| Ron Bauer | Sure give me an hour | 2/7/2017 |
| Tim Paige | What about those names? | 2/7/2017 |
| Ron Bauer | En route | 2/7/2017 |
| Ron Bauer | One Hour | 2/7/2017 |