Exhibit E – Selected Chats Regarding Bauer's Role

Texts Between Bauer and Ciapala

| Sender | Message | Date |
|---|---|---|
| Ron Bauer | Blkg today - sell 100-200k sh's above 83/84 - let it open for first 5 mins then jump in above 85/86 range or where it is | 10/20/2015 |
|  | … |  |
| Ron Bauer | What have we sold? | 11/3/2015 |
| Kenneth Ciapala | Will ask | 11/3/2015 |
| Kenneth Ciapala | Sold 52,010 PTRA @ .8362 so far | 11/3/2015 |
| Kenneth Ciapala | Shall we be more agressive | 11/3/2015 |
| Ron Bauer | It is fine at these levels if we can sell 100-150k great | 11/3/2015 |
| Kenneth Ciapala | Ok, we will keep going | 11/3/2015 |
| Ron Bauer | Let's back off | 11/3/2015 |
| Kenneth Ciapala | Ok | 11/3/2015 |
| Kenneth Ciapala | So far sold 67,510 PTRA @ .8304, will do nothing for now | 11/3/2015 |
| Ron Bauer | Jump back in at 83 or better please | 11/3/2015 |
| Kenneth Ciapala | Ok | 11/3/2015 |
| Ron Bauer | 2 big blocks sold 13,800 and 9,000 did he sell those? | 11/3/2015 |
| Ron Bauer | If he sees big blocks below limit tell me and he should tell you | 11/3/2015 |
| Ron Bauer | Ok? | 11/3/2015 |
| Kenneth Ciapala | I will ask and ok | 11/3/2015 |
| Ron Bauer | Also have Julie STR me statements before showing Craig, please make sure she takes out where everyone spent their money | 3/16/2016 |
| Kenneth Ciapala | Thanks for the gesture, will see you in geneva | 3/16/2016 |
| Ron Bauer | No one's business, just pool expenses and what each person's distro is | 3/16/2016 |
| Kenneth Ciapala | Ok, will only show distribution amounts. BL and sp? Also pt? | 3/16/2016 |
| Ron Bauer | Yes all 3 | 3/16/2016 |
| Kenneth Ciapala | Thanks | 3/16/2016 |
| Kenneth Ciapala | Ok | 3/16/2016 |
| Ron Bauer | What did Craig want? Is he driving you crazy? | 6/2/2016 |
| Ron Bauer | I am the only one trading now but you can give him updates, if he drives you crazy! Ha! Tell him to fuck off! | 6/2/2016 |

| Kenneth Ciapala | No, he is fine. We are sending 100K to A | 6/2/2016 |
| Ron Bauer | Ok on top of last 75k? | 6/2/2016 |
| Kenneth Ciapala | No, that's the first wire. We can send more next week | 6/2/2016 |
| Ron Bauer | Ok | 6/2/2016 |
| Ron Bauer | You must have like 500k after today? | 6/2/2016 |
| Kenneth Ciapala | After today yes, but needs 3 days to settle | 6/2/2016 |
| Kenneth Ciapala | That's why I need to wait until next week | 6/2/2016 |
| Ron Bauer | Ok all good I told him we need to settle | 6/2/2016 |
| Ron Bauer | 25k now for sure or even 30k | 6/2/2016 |
| Ron Bauer | Check please and let me know | 6/2/2016 |
| ■■■■■■■■■■■■■■■■ | | |
| Ron Bauer | Why are you telling Adrian what I am doing and my business? | 12/8/2017 |
| Ron Bauer | Are you fucking kidding me? | 12/8/2017 |
| Ron Bauer | You really disappointed me | 12/8/2017 |
| Ron Bauer | I have Adrian and Craig now as he told Craig that I am doing deals in Australia | 12/8/2017 |
| Ron Bauer | I told you things in confidence to get you involved | 12/8/2017 |
| Ron Bauer | And you break my trust - why? | 12/8/2017 |
| | … | |
| Ron Bauer | You broke rule no 1 of any banker | 12/8/2017 |
| Ron Bauer | I was going to bring you 4 deals and other clients | 12/8/2017 |
| Ron Bauer | What a pity | 12/8/2017 |
| Ron Bauer | I am pissed off because now I had to do extra work | 12/8/2017 |
| Ron Bauer | That's life I guess | 12/8/2017 |
| Ron Bauer | The people you trust let you down and throw you under the us | 12/8/2017 |
| Ron Bauer | Let's meet Dec 18 or 19 with the lawyer and sign a settlement agreement which closes all accounts and sets the debt as we agreed with payment dates | 12/8/2017 |
| Ron Bauer | Then you will never hear from me again and we are done | 12/8/2017 |
| Ron Bauer | But I am not settling unless you sign a full non disclosure ad admit breach of confidentiality and if you ever talk about me there will be a penalty | 12/8/2017 |
| Ron Bauer | I don't know why you would do this when two weeks ago we agreed a debt which covered everything including the part you lent me on the share purchase I did | 12/8/2017 |

Group Chat Between Bauer, Mihaylov, and Ciapala

| Sender | Message | Date |
| Peter Mihaylov | Hi KC and Patek | 2/21/2017 |

| Peter Mihaylov | I made this chat group so I can confirm 3 way what we agreed | 2/21/2017 |
| --- | --- | --- |
| Peter Mihaylov | I try again ctb | 2/21/2017 |
| Peter Mihaylov | And kenneth tries to sell as much as he can | 2/21/2017 |
| Peter Mihaylov | And first 100k usd goes for me… wired from Kenneth asap after it clears | 2/21/2017 |
| Peter Mihaylov | Patek.. Please confirm | 2/21/2017 |
| Ron Bauer | I confirm | 2/21/2017 |
| Ron Bauer | First $100k goes to Peter and then 50/50 as long as makes it work | 2/21/2017 |
| Ron Bauer | If he stops working then we go back to 100% us | 2/21/2017 |

Texts Between Auringer and Ciapala

| Sender | Message | Date |
| --- | --- | --- |
| Craig Auringer | Ok thanks.  So and b sales have been there a while now though.  Has Ron already sent some out? | 10/28/2015 |
| Kenneth Ciapala | Yes, we have already moved some B money to you. I can't comment what he has had or not had. | 10/28/2015 |
| Craig Auringer | Np.  I will talk to him | 10/28/2015 |