**EXHIBITS A – NN**

FILED UNDER SEAL