# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

July 29, 2025

VIA CM/ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Re: U.S. v. Ronald Bauer, 22-CR-155, Letter Motion to Redact Sentencing Transcript*

Dear Judge Engelmayer:

On behalf of Mr. Bauer, I respectfully request that the Court order that the May 20, 2025 sentencing transcript in U.S. v. Bauer, 22-CR-155, should be redacted to preserve the privacy of certain personal information relating to the defendant and to third parties. I have provided proposed redactions to the Court for its consideration.

Respectfully submitted,


Aaron Katz
*Counsel to Ronald Bauer*


Cc:     Matthew Shahabian

**GRANTED.** The Clerk of Court is requested to
terminate the motion at Dkt. No. 72.

7/29/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

1