# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

August 25, 2025

VIA CM/ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Re: Travel Condition Modification for Defendant Ronald Bauer,* 22-CR-155

Dear Judge Engelmayer:

On behalf of Mr. Bauer, I respectfully request that the Court modify Mr. Bauer's travel conditions to allow him to travel to France from August 30 – September 7 to attend an educational workshop to which he was invited, as well as to Italy during portions of September and October in order to attend to property-related issues. Mr. Bauer will, of course, provide his full travel itinerary to the Probation Office before embarking on any such travel. I have conferred with Mr. Shahabian, who has advised me that the government has no objection to this request.

Respectfully submitted,

Aaron Katz
*Counsel to Ronald Bauer*

Cc: Matthew Shahabian

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

8/26/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge