# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

November 25, 2025

VIA CM/ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Re: Travel Condition Modification for Defendant Ronald Bauer,* 22-CR-155

Dear Judge Engelmayer:

On behalf of Mr. Bauer, I respectfully request that the Court modify Mr. Bauer's travel conditions to allow him to travel to France from November 29 to November 30, 2025 to attend a recently-arranged meeting with a literary agent regarding potential authorship opportunities.  Mr. Bauer will, of course, provide his full travel itinerary to the Probation Office before embarking on any such travel.  I emailed Mr. Shahabian yesterday morning but have not received a response.  As Thanksgiving is on Thursday, I suspect Mr. Shahabian may be out of the office, and I did not want to unnecessarily delay getting this request to you.  Mr. Shahabian previously assented to a similar travel request (specifically, travel to France to attend a literary workshop).

Respectfully submitted,

Aaron Katz
*Counsel to Ronald Bauer*

Cc:   Matthew Shahabian

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 86.

11/25/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge