# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

_____

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

December 16, 2025

<u>VIA CM/ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

_Re: Travel Condition Modification for Defendant Ronald Bauer,_ 22-CR-155

Dear Judge Engelmayer:

On behalf of Mr. Bauer, I respectfully request that the Court modify Mr. Bauer's travel conditions to allow him to travel to Hungary and Romania, to be with his mother during her trip to visit her homeland, from December 18 – 29, 2025.  Mr. Bauer will, of course, provide his full travel itinerary to the Probation Office before embarking on any such travel.  Government counsel Matthew Shahabian has assented to the request.

Respectfully submitted,

Aaron Katz
_Counsel to Ronald Bauer_

Cc:   Matthew Shahabian

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 88.

12/17/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge