**AARON KATZ LAW**

399 Boylston Street, 6th Floor
Boston, MA 02116

_____

Aaron M. Katz (617) 915-6305
akatz@aaronkatzlaw.com

April 23, 2026

<u>VIA CM/ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

_Re: Request for Modification of Reporting Date for Ronald Bauer, No. 22-CR-155_

Dear Judge Engelmayer:

On behalf of Ronald Bauer, I respectfully request that the Court extend Mr. Bauer's Bureau of Prisons reporting date by 90 days, from July 7, 2026 to October 5, 2026. This request is based on the personal circumstances that were discussed in under seal portions of our sentencing submission. I have conferred with government counsel Matthew Shahabian on this request, and he informed me that the government will assent to a 90-day extension based on the factual representations I made to him regarding the circumstances but will object to any additional extensions. I will be submitting additional information to the Court under seal.

Respectfully submitted,

**GRANTED.** The defendant's surrender date is extended until October 5, 2026. However, the defense should not expect further extensions. The Clerk of Court is requested to terminate the motion at Dkt. No. 92.

Aaron Katz
_Counsel to Ronald Bauer_

SO ORDERED.                    4/27/2026

_[signature]_

Cc:    Matthew Shahabian

PAUL A. ENGELMAYER
United States District Judge