# AARON KATZ LAW

399 Boylston Street, 6th Floor
Boston, MA 02116

Aaron M. Katz
(617) 915-6305
akatz@aaronkatzlaw.com

June 30, 2026

<u>VIA CM/ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Re: Travel Condition Modification for Defendant Ronald Bauer,* 22-CR-155

Dear Judge Engelmayer:

On behalf of Mr. Bauer, I respectfully request that the Court modify Mr. Bauer's travel conditions to allow him to travel (1) to France during the period of July 8-26, 2026, for the purpose of chaperoning his teenage son during a summer internship and educational program, and (2) to Italy during the period of August 1-22, 2026 for the purposes of conducting and overseeing home maintenance, and (3) to points in between London and Italy during the period of August 1-5 and August 22-August 26, as he will be driving from London to Italy and then from Italy to London during those periods.

Mr. Bauer would, as always, provide his exact itinerary and dates of travel to his probation officer before embarking on any travel.

I have conferred with Mr. Shahabian, who has advised me that the government has no objection to this request.

Respectfully submitted,

Aaron Katz
*Counsel to Ronald Bauer*

Cc:    Matthew Shahabian

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 94.

7/1/2026

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

1