**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2026

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Bauer*, 22 Cr. 155 (PAE)**

Dear Judge Engelmayer:

The Government writes in response to the defendant's September 14, 2026 request for an additional four month extension of his surrender date of October 5, 2026. This is the defendant's second request to extend his surrender date. In connection with the defendant's prior request, the Government had previously stated that it would oppose any further extension of the surrender date. Notwithstanding that, for the extraordinary reasons stated in the defendant's sealed letter, the Government will consent to the additional four month extension the defendant seeks.

Respectfully Submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Matthew R. Shahabian
Jason Richman
Assistant United States Attorneys
(212) 637-1046

CC: Aaron Katz, Esq. (by ECF)