MITCHELL SANDLER

October 1, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Daniel Ferris, 22 Cr. 155**

Dear Judge Engelmayer:

I recently entered my appearance on behalf of Daniel Ferris in the above-referenced matter. I respectfully write to ask the Court to modify Mr. Ferris's conditions of pretrial release so that he may travel to Italy and France from October 9, 2026, through October 18, 2026, for business purposes. Both the Government and Pretrial Services have consented to this request, as evidenced by the attached email.

Mr. Ferris's proposed itinerary is as follows:

1. Friday, October 9, 2026: travel from the United Kingdom to Rome, Italy. Mr. Ferris will stay in Italy for two nights. He will stay at the Rome apartment of Freddie Achom, a business colleague and friend of nearly 20 years. Mr. Ferris and Mr. Achom are exploring the possibility of opening a private members' club in Rome, similar to Soho House.

2. Sunday, October 11, 2026: travel from Rome to Nice, France. Mr. Ferris will rent a car in Nice and stay at short-term rental accommodations (Airbnb) while he attends these business meetings:

    a. Saint-Paul-de-Vence: a meeting with James Savy, an interior designer and architect. The two plan to work together on building a portfolio of flats and villas to rent as holiday accommodations; and

    b. Saint-Tropez, Ramatuelle, and Sainte-Maxime: meetings with villa owners in these off-season holiday destinations in southern France. These owners may want Mr. Ferris's company to manage their properties.

3. Sunday, October 18, 2026: return from France to the United Kingdom.

Before he leaves, Mr. Ferris will provide the Government and Pretrial Services his complete itinerary, including flight information and contact information. He will also follow any additional conditions that Pretrial Services or the Court considers appropriate.

MITCHELL SANDLER PLLC
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260
mitchellsandler.com

For these reasons, we respectfully ask the Court to allow Mr. Ferris to travel as described above. We thank the Court for considering this request.

Sincerely,

______/s/_____________________

Seth Waxman
Mitchell Sandler PLLC
2020 K Street, Suite 720
Washington, DC 20006
swaxman@mitchellsandler.com
(202) 886-5290

Counsel for Daniel Ferris

**From:** Madalyn Toledo
**To:** Seth Waxman
**Cc:** Shahabian, Matthew (USANYS)
**Subject:** RE: US v. Ferris - travel request just
**Date:** Thursday, October 1, 2026 11:34:13 AM
**Attachments:** image001.png

No objection.

Madalyn Toledo
U.S. Pretrial Services
LM Administrative Assistant
United States District Court
Southern District of New York
Tel: 212-805-4323
Fax: 212-805-4375

**From:** Seth Waxman <swaxman@mitchellsandler.com>
**Sent:** Thursday, October 1, 2026 8:59 AM
**To:** Madalyn Toledo <madalyn_toledo@nyspt.uscourts.gov>
**Cc:** Shahabian, Matthew (USANYS) <matthew.shahabian@usdoj.gov>
**Subject:** FW: US v. Ferris - travel request just

**CAUTION - EXTERNAL:**

Good morning, Ms. Toledo.

Per the email exchange and approval from the government (copied here) below, Dan Ferris would like to travel as follows:

1. Depart UK for Italy - Friday 9th Oct 2026
   Italy - 2 nights MAX
   Will stay at a friends Apartment in Rome - Freddie Achom, he is business colleague and friend of near 20 years, and is keen to explore opening Soho House style members club in Rome.

2. Fly to France, (Nice) Sunday 11th Oct 2026
   Will rent a car as have the following appointments and will stay at AirBnBs along the way, but the destinations are:
   St Paul De Vence - Meeting with James Savy - Interior Designer and Architect, planning to collaborate on building a Portfolio of Flats and Villas to to Rent for Holiday Vacation stays

St Tropez / Ramatuelle / St Maxime - Out of Season Holiday Destination further south in france, meeting Owners of Villas whom may be keen to allow our company to manage their properties.

3. Return UK from France Sunday 18th Oct

Does pretrial have any objection? Also, can you confirm whether I need to seek approval from the Court for this travel request as well?

Thank you,

Seth

**Seth Waxman**
Partner, Head of White Collar Defense and Corporate Investigations Group
swaxman@mitchellsandler.com
(o) 202-886-5290
(m) 202-680-0025

MITCHELL SANDLER

2020 K Street NW, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

**From:** Shahabian, Matthew (USANYS) <Matthew.Shahabian@usdoj.gov>
**Sent:** Thursday, October 1, 2026 8:50 AM
**To:** Seth Waxman <swaxman@mitchellsandler.com>
**Subject:** Re: US v. Ferris - travel request just

No objection thanks Seth

Matt Shahabian
(646) 689-1944

---

**From:** Seth Waxman <swaxman@mitchellsandler.com>
**Sent:** Thursday, 01 October 2026 08:43:00
**To:** Shahabian, Matthew (USANYS) <Matthew.Shahabian@usdoj.gov>
**Subject:** [EXTERNAL] US v. Ferris - travel request just

Matt,

Below are the details of a business trip Ferris wants to take. Does the government have any objection? If not, I will seek approval from pretrial and the Court. I will copy you on those communications.

Best,

Seth

**Depart UK for Italy - Friday 9th Oct 2026**
Italy - 2 nights MAX
Will stay at a friends Apartment in Rome - Freddie Achom, he is business colleague and friend of near 20 years, and is keen to explore opening Soho House style members club in Rome.

**Fly to France, (Nice) Sunday 11th Oct 2026**
Will rent a car as have the following appointments and will stay at AirBnBs along the way, but the destinations are:
St Paul De Vence - Meeting with James Savy - Interior Designer and Architect, planning to collaborate on building a Portfolio of Flats and Villas to to Rent for Holiday Vacation stays

St Tropez / Ramatuelle / St Maxime - Out of Season Holiday Destination further south in france, meeting Owners of Villas whom may be keen to allow our company to manage their properties.

**Return UK from France Sunday 18th Oct**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.